# EXHIBIT 4

## Application of Claim 1 of U.S. Patent No. 8,989,064 to Roku's Devices (the "Accused Products" or "Roku Devices")*,**

\* The terms "Accused Product" or "Roku" refers to Roku's Express, Express+, Premiere, Streaming Stick, Streaming Stick+, and Ultra products, as well as all other products used, sold, offered for sale and/or imported by Roku (as defined in the Complaint) or one of Roku's subsidiaries, that have the features shown in this chart, or substantially similar features.

** This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.  Plaintiff will serve infringement contentions in this case in accord with the Local Rules and schedule entered by the Court.

| Application of U.S. Patent No. 8,989,064  to the Accused Products |
|---|

| 1. A wireless data output controller method associated with a wireless controller for receiving, over a short range wireless communication, digital content from one or more wireless information apparatus, | *A wireless controller (e.g. Roku Device) receives digital content (e.g. audio, video, photos, video link etc.) from a wireless information apparatus (e.g. Android/iOS devices etc.) over a short range wireless communication link (e.g. Wi-Fi connection) using 'Play on Roku' and 'Casting' data output methods.* |
|---|---|

***"When you want to display personal media files on your TV screen, you may be able to use the Play on Roku feature built in to the free Roku mobile app for iOS® and Android™ devices. Play on Roku lets you share photos, videos, and songs stored on your compatible mobile device to your Roku streaming player or Roku TV™. After you launch the mobile app and choose what to view from your phone or tablet, it will appear on your TV.***



***To use Play on Roku, you must install the latest version of the Roku mobile app on your compatible mobile device.*** You must also make sure to connect your phone or tablet to the same wireless network as your Roku device."

Source: https://support.roku.com/article/208755108

***"Roku Ultra"***

**Networking**          802.11ac MIMO dual-band wireless

10/100 Base-T Ethernet

Source: https://www.roku.com/products/roku-ultra

***"How do I cast apps like YouTube or Netflix from my phone to my TV?***
Background

You can of course launch channels directly from your Roku streaming player or Roku TV™, ***but on some occasions, you may want to direct, or cast, to your TV what you are already watching on your mobile device. You can do this wirelessly with supported apps like YouTube and Netflix by opening the casting icon casting icon on your phone or tablet and selecting your Roku device. The channel will launch automatically on your Roku device and playback will begin.***



*To use casting, the supported app must be installed on both your mobile device and your Roku streaming device. You must also make sure to connect your phone or tablet to the same wireless network as your Roku device."*

Source: https://support.roku.com/article/360002990094

***"How to cast content to Roku"***

**1.** Verify your mobile device and Roku are accessing the same network. Casting to Roku will only work if both devices are connected to the same WiFi network.

**2.** Ensure the app you want to use is installed on your mobile device and on Roku. The Roku version of the app you want to use (example: Netflix) must be installed on Roku before you can cast to it.





Source: https://www.businessinsider.com/how-to-cast-to-roku-from-phone-tv

| | |
|---|---|
| the wireless controller being externally connectable via a wired connection to an output device for rendering at least part of the digital content received from the one or more wireless information apparatus, | *The wireless controller (e.g. Roku Device) is externally connected to an output device (e.g. television etc.) via a wired connection (e.g. HDMI cable etc.) for rendering the digital content (e.g. songs, video, photos etc.) received from the wireless information apparatus (e.g. Android/iOS devices etc.).*<br><br>"Initial Roku Setup Preparation<br><br>   **Connect the Roku Box or Streaming Stick to your TV using HDMI, or turn on your Roku TV.**<br>   **If you have a 4K-enabled Roku Streaming Stick or Box, such as a Streaming Stick+, Roku 4, Premiere, Premiere+, or Ultra, make sure you connect the stick or box to an HDMI port that's HDCP 2.2 compatible; there should be a label on the input.** This is especially important for compatibility with HDR-encoded content.<br>   Whether you have a 4K-enabled Roku stick, box, or TV, make sure you have access to internet speeds that support 4K.<br>   If you have a Roku 1 or Express Plus, you have the option of connecting a Roku box to a TV using composite video and analog audio connections. However, this should only be used for analog TVs."<br><br>Source: https://www.lifewire.com/how-to-set-up-roku-4174022<br><br>"Got a new **Roku**? Here's how to set it up"<br>"Step 1: **Plug it into HDMI and power**" |



"*There are a few things you'll have to connect whether you have a box or Streaming Stick. In our case, with the Streaming Stick Plus, you'll need to plug in the included USB power cable into the Roku as well the Roku into your TV's HDMI slot.*"

Source: https://www.cnet.com/how-to/got-a-new-roku-heres-how-to-set-it-up/

"Your ultimate streaming companion
*Whether you need a second remote or want more features and functionality, the free Roku mobile app makes it fun to control your Roku streaming player.*
• Search using your keyboard
• Turn up the volume with private listening
• See what's on with a handy entertainment guide
• Send video, music, and photos to your TV"



<table>
<tr><td></td><td>

 

Source: https://www.roku.com/mobile-app

</td></tr>
</table>

| the one or more wireless information apparatus being distinct devices from the output device and the wireless controller, | *The wireless information apparatus (e.g. Android/iOS devices etc.) is a distinct/separate device from the output device (e.g. television etc.) and the wireless controller (e.g. Roku Device).* |
|---|---|

**Roku mobile app on Android/iOS devices**

"Your ultimate streaming companion
***Whether you need a second remote or want more features and functionality, the free Roku mobile app makes it fun to control your Roku streaming player.***
• Search using your keyboard
• Turn up the volume with private listening
• See what's on with a handy entertainment guide
• Send video, music, and photos to your TV"






Source: https://www.roku.com/mobile-app

**Roku Streaming Player connection with television**

"Got a new **Roku**? Here's how to set it up"
"Step 1: **Plug it into HDMI** and power



"***There are a few things you'll have to connect whether you have a box or Streaming Stick. In our case, with the Streaming Stick Plus, you'll need to plug in the included USB power cable into the Roku as well the Roku into your TV's HDMI slot.***"

Source: https://www.cnet.com/how-to/got-a-new-roku-heres-how-to-set-it-up/



Source: https://www.lifewire.com/how-to-set-up-roku-4174022

| | |
|---|---|
| the wireless controller including: a wireless communication unit at the wireless controller for establishing a short range wireless communication with the one or more wireless information apparatus, | *The wireless controller (e.g. Roku Device) includes a wireless communication unit (e.g. 802.11n Radio chip etc.) for establishing short range wireless communication (e.g. Wi-Fi link etc.) with the wireless information apparatus (e.g. Android/iOS devices etc.).*<br><br>"***Teardown: Roku Streaming Stick***<br>***Roku Streaming Stick Model 3500***<br>The FCC certification documentation photo above reveals Broadcom's (also now Cypress Semiconductor's) ***BCM43236 2.4 GHz/5 GHz IEEE802.11n MAC/PHY/radio chip***. *Next to it to the right, somewhat obscured by the metal frame, are two ICs that I suspect are the 2.4 GHz and 5 GHz RF front ends*."<br><br><br><br>Source: https://www.edn.com/teardown-roku-streaming-stick/<br><br>"***Roku Ultra***"<br><br>Networking     802.11ac MIMO dual-band wireless<br><br>10/100 Base-T Ethernet<br><br>Source: https://www.roku.com/products/roku-ultra |

|  | "To use Play on Roku, you must install the latest version of the Roku mobile app on your compatible mobile device. **You must also make sure to connect your phone or tablet to the same wireless network as your Roku device."**<br><br><br><br>Source: https://support.roku.com/article/208755108<br><br><br><br>Source: https://www.hellotech.com/guide/for/how-to-use-roku-without-a-remote |
|---|---|
| a communication interface that is a wired connection and that is externally connectable to the output device for enabling the output device to receive at least part of the digital content that includes video content, audio content, or document content, individually or any combination, via the wireless | *The wireless controller (e.g. Roku Device) has a communication interface (e.g. HDMI cable interface, USB interface etc.) that is externally connectable to the output device (e.g. television etc.) for enabling the output device (e.g. television etc.) to receive the digital content (e.g. audio, video, photos, video link etc.) for rendering.*<br><br>"Initial Roku Setup Preparation<br><br>***Connect the Roku Box or Streaming Stick to your TV using HDMI, or turn*** |

| controller for rendering at least part of the digital content at the output device, the wireless data output controller method comprising: | *on your Roku TV.*<br><br>*If you have a 4K-enabled Roku Streaming Stick or Box, such as a Streaming Stick+, Roku 4, Premiere, Premiere+, or Ultra, make sure you connect the stick or box to an HDMI port that's HDCP 2.2 compatible; there should be a label on the input.* This is especially important for compatibility with HDR-encoded content.<br><br>Whether you have a 4K-enabled Roku stick, box, or TV, make sure you have access to internet speeds that support 4K.<br><br>If you have a Roku 1 or Express Plus, you have the option of connecting a Roku box to a TV using composite video and analog audio connections. However, this should only be used for analog TVs."<br><br>Source: https://www.lifewire.com/how-to-set-up-roku-4174022<br><br><br><br>Source: https://www.roku.com/whats-on/the-roku-channel<br><br>"Got a new *Roku*? Here's how to set it up"<br>"Step 1: *Plug it into HDMI* and power<br><br>"*There are a few things you'll have to connect whether you have a box or Streaming Stick. In our case, with the Streaming Stick Plus, you'll need to plug in the included USB power cable into the Roku as well the Roku into your TV's HDMI slot.*<br><br>For power, the Streaming Stick can use a USB input on your TV, but make sure it has at least 5 volts of power (some manufacturers list the voltage next to the USB designation) so your Stick is getting maximum performance. But if you can we recommend using the included wall adapter instead to ensure that the Roku stays powered-up and ready to go. *Roku includes a USB extension cord with the Streaming Stick Plus to help*.<br><br>If your TV is wall-mounted and the HDMI port is hard to reach for your Streaming Stick, *you can get a free HDMI extender from Roku.*"<br><br>Source: https://www.cnet.com/how-to/got-a-new-roku-heres-how-to-set-it-up/<br><br>"*Will Roku Express work with my TV?*<br><br>*Roku Express will work for any television with an HDMI® connection. We recommend using the High Speed HDMI Cable that came with your Roku Express.* |



To power your Roku Express, connect it to a wall outlet with a USB power adapter like one you might use with your smartphone. A typical 5V, 1A (1000mA) USB charger should work.

***You can also connect your Roku Express to the USB port on your TV using the included USB power cable,*** but be aware that some TV's may be unable to power a Roku player. If you see the on-screen warning message that appears in these cases, use a USB power adapter like the one described above."

Source: https://support.roku.com/article/225735828



Source: https://streaming-link.com/how-can-i-setup-roku-streaming-stick-on-my-tv/

| establishing a wired connection externally between the wireless controller and the output device with the communication interface of the wireless controller; | *The wireless controller (e.g. Roku Device) establishes a wired connection externally with the output device (e.g. television etc.) via the communication interface (e.g. HDMI cable, USB interface etc.).*<br><br>"Initial Roku Setup Preparation<br><br>    ***Connect the Roku Box or Streaming Stick to your TV using HDMI, or turn on your Roku TV.***<br>    ***If you have a 4K-enabled Roku Streaming Stick or Box, such as a Streaming Stick+, Roku 4, Premiere, Premiere+, or Ultra, make sure you connect the stick*** |

*or box to an HDMI port that's HDCP 2.2 compatible; there should be a label on the input.* This is especially important for compatibility with HDR-encoded content.

Whether you have a 4K-enabled Roku stick, box, or TV, make sure you have access to internet speeds that support 4K.

If you have a Roku 1 or Express Plus, you have the option of connecting a Roku box to a TV using composite video and analog audio connections. However, this should only be used for analog TVs."

Source: https://www.lifewire.com/how-to-set-up-roku-4174022

"Got a new *Roku*? Here's how to set it up"
"Step 1: *Plug it into HDMI* and power



"*There are a few things you'll have to connect whether you have a box or Streaming Stick. In our case, with the Streaming Stick Plus, you'll need to plug in the included USB power cable into the Roku as well the Roku into your TV's HDMI slot.*

For power, the Streaming Stick can use a USB input on your TV, but make sure it has at least 5 volts of power (some manufacturers list the voltage next to the USB designation) so your Stick is getting maximum performance. But if you can we recommend using the included wall adapter instead to ensure that the Roku stays powered-up and ready to go. *Roku includes a USB extension cord with the Streaming Stick Plus to help.*

*If your TV is wall-mounted and the HDMI port is hard to reach for your Streaming Stick, you can get a free HDMI extender from Roku*."

Source: https://www.cnet.com/how-to/got-a-new-roku-heres-how-to-set-it-up/

"*Will Roku Express work with my TV?*

*Roku Express will work for any television with an HDMI® connection. We*

|  | *recommend using the High Speed HDMI Cable that came with your Roku Express.* |
|---|---|
|  |  |
|  | To power your Roku Express, connect it to a wall outlet with a USB power adapter like one you might use with your smartphone. A typical 5V, 1A (1000mA) USB charger should work. |
|  | ***You can also connect your Roku Express to the USB port on your TV using the included USB power cable,*** but be aware that some TV's may be unable to power a Roku player. If you see the on-screen warning message that appears in these cases, use a USB power adapter like the one described above." |
|  | Source: https://support.roku.com/article/225735828 |
| establishing, by the wireless communication unit and at the wireless controller, the short range wireless communication for wireless communication with the one or more wireless information apparatus; | *The wireless controller (e.g. Roku Device) establishes the short range wireless communication (e.g. Wi-Fi link etc.) for wireless communication with the wireless information apparatus (e.g. Android/iOS devices etc.).*<br><br>***"Connect your Roku TV, stick, or box to your network router for internet access. Roku streaming sticks use Wi-Fi only, while Roku boxes and TVs provide both Wi-Fi and Ethernet connectivity options. If using Wi-Fi, your Roku device will search all available networks. Choose your preferred network and enter your Wi-Fi password.***<br><br> |

<table>
<tr><td></td><td>

***Once your network connection is established***, you may see a message that a software/firmware update may be available. If so, allow Roku to go through the update process."

Source: https://www.lifewire.com/how-to-set-up-roku-4174022

"To use Play on Roku, you must install the latest version of the Roku mobile app on your compatible mobile device. ***You must also make sure to connect your phone or tablet to the same wireless network as your Roku device.***"

Source: https://support.roku.com/article/208755108

"***Connect to your Roku Device.***"



"***This will only work if your Roku device is on the same Wi-Fi network as your smartphone***."

Source: https://www.hellotech.com/guide/for/how-to-use-roku-without-a-remote

</td></tr>
<tr><td>

broadcasting, by the wireless communication unit and at the wireless controller over said short range wireless communication, the availability of the output device or the wireless controller to receive the digital content that includes video content, audio content, or document content, individually or in any combination, from the one or more wireless information apparatus while waiting for the one or more wireless information apparatus to identify the wireless controller or the output device for service;

</td><td>

*The wireless controller (e.g. Roku Device) broadcasts its availability to receive the digital content (e.g. video, audio, photos, video link etc.) from the wireless information apparatus (e.g. Android/iOS devices etc.).*

"SSDP is an industry IETF standard network protocol for discovery of local area network services. ***Roku devices advertise their external control services using the multicast SSDP so that programs can discover the IP address of Roku devices in the area***."

"***DIAL (Discovery and Launch)***
***The Roku platform supports the DIAL (Discovery and Launch) protocol. DIAL is a simple network protocol for discovering first screen devices, and applications from a second screen (such as a mobile iOS or Android application,) and for launching first screen applications on the first screen device from the second screen app.*** In the context of the Roku platform, the first screen device is the Roku device itself. A first screen application is a DIAL-aware channel installed on the Roku device."

</td></tr>
</table>

Source:   https://developer.roku.com/docs/developer-program/debugging/external-control-api.md

"*Connecting the Roku mobile app*

Before you start using the Roku mobile app, check that your mobile device and your Roku device are on to the same wireless network. If you are unable to get your Roku device to connect to the same network, learn what to try when resolving connectivity issues.

*When the Roku mobile app launches it will discover any Roku devices on your network. Select the Roku device you wish to control using your Roku mobile app.* You will then be taken to the home screen where you will be able to control your Roku device."

Source: https://support.roku.com/article/217288467

"Why are my photos not displaying even though the slideshow is changing on my phone?

If you have more than one Roku device, check that your mobile device is connected to the correct Roku device using the instructions below.

   *Select the Devices icon Devices icon on Roku mobile app from the bottom navigation bar.*
   Check the name and location of the connected Roku device listed at the top of the screen.



*If you need to switch to another device, select it from the list of available devices.*"

Source: https://support.roku.com/article/208755108

"***If you have more than one Roku device, Roku's Mobile App can control all of them, but not at the same time***. You must designate or switch the Roku device you want to control.
To do so:
1.   Tap Settings in the bottom right of the app screen.
2.   You will be taken to a page displaying the Roku Device the mobile app is currently linked with.
3.   To change devices, tap Switch Roku Device.
4.   ***The app will then search for other Roku devices.***
5.   ***Once all your devices are discovered, you can change the Roku device you want the app to control. Tap the picture of the device and wait for confirmation that the app has linked with the selected device.***"



Source: https://www.lifewire.com/best-ways-to-use-roku-mobile-app-4176193



Source: https://www.hellotech.com/guide/for/how-to-use-roku-without-a-remote

| | |
|---|---|
| providing, by the wireless controller and over the short range wireless communication to the one or more wireless information apparatus, at least a device profile that includes at least an identity of the output device or the wireless controller for identification or selection by the one or more wireless information apparatus; | *The wireless controller (e.g. Roku Device) provides the device profile (e.g. device name, serial number, device location etc.) for identification or selection by the wireless information apparatus (e.g. Android/iOS devices etc.).* <br><br>  <br><br> Source: https://www.youtube.com/watch?v=zRlFsRvPIBo [00:48] <br><br> "Why are my photos not displaying even though the slideshow is changing on my phone? <br><br> If you have more than one Roku device, check that your mobile device is connected to the correct Roku device using the instructions below. <br><br> ***Select the Devices icon Devices icon on Roku mobile app from the bottom navigation bar.*** <br> ***Check the name and location of the connected Roku device listed at the top of the screen.*** |



*If you need to switch to another device, select it from the list of available devices."*

Source: https://support.roku.com/article/208755108

"Using the Roku Mobile App to Manage Multiple Roku Devices

| | |
|---|---|
| | If you have more than one Roku device, Roku's Mobile App can control all of them, but not at the same time. You must designate or switch the Roku device you want to control.<br><br>To do so:<br>1. Tap Settings in the bottom right of the app screen.<br>2. You will be taken to a page displaying the Roku Device the mobile app is currently linked with.<br>3. To change devices, tap Switch Roku Device.<br>4. **_The app will then search for other Roku devices._**<br>5. **_Once all your devices are discovered, you can change the Roku device you want the app to control._** Tap the picture of the device and wait for confirmation that the app has linked with the selected device."<br><br>Source: https://www.lifewire.com/best-ways-to-use-roku-mobile-app-4176193<br><br><br><br>Source: https://www.hellotech.com/guide/for/how-to-use-roku-without-a-remote |
| receiving, at the wireless controller and over the short range wireless communication from the one or more wireless information apparatus, an output data stream corresponding to at least part of digital content that includes video content, audio content, or document content, individually or in any combination, for rendering at the output device; | _The wireless controller (e.g. Roku Device) receives an output data stream corresponding to the digital content (e.g. video, audio, photos, video link etc.) for rendering at the output device (e.g. television)._<br><br>"How do I use Play on Roku?<br>1. Open the Roku mobile app on your phone or tablet.<br>2. If you have not already done so, connect your Roku device to the mobile app.<br>a.  Select the Devices icon ⬚ from the navigation bar.<br>     b.  Select your Roku device.<br>3. Once your Roku device is connected, launch _Play on Roku_ by selecting the Media icon ⬚. |

4.   *Select either Music, Photos, or Videos to begin choosing what to share from your mobile device. When prompted, grant access to your media library allowing the Roku mobile app to share your content.*
5.   *Select the photos, videos or songs to share on your TV."*



Source: https://support.roku.com/article/208755108



Source: https://www.youtube.com/watch?v=zRlFsRvPIBo [1:09]

"*Share Smartphone Content With the Play On Roku Feature*
*The Play On Roku feature allows the Roku app to share music, photos, and video stored on your smartphone with your Roku device or TV.*
*To launch the Play On Roku feature:*
1.   *Tap the Photos+ icon on the navigation bar at the bottom of the Roku app.*
2.   *Tap Music, Photos, or Videos to choose what you want to share from your mobile device. When prompted, grant access to your media library.*
3.   *Tap the specific photos, videos, or music to share on your Roku TV*."



Source: https://www.lifewire.com/best-ways-to-use-roku-mobile-app-4176193

*"How do I cast apps like YouTube or Netflix from my phone to my TV?*
Background

You can of course launch channels directly from your Roku streaming player or Roku TV™, *but on some occasions, you may want to direct, or cast, to your TV what you are already watching on your mobile device. You can do this wirelessly with supported apps like YouTube and Netflix by opening the casting icon casting icon on your phone or tablet and selecting your Roku device. The channel will launch automatically on your Roku device and playback will begin.*



*To use casting, the supported app must be installed on both your mobile device and your Roku streaming device. You must also make sure to connect your*

*phone or tablet to the same wireless network as your Roku device."*

Source: https://support.roku.com/article/360002990094

*"How to cast content to Roku"*

**1.** Verify your mobile device and Roku are accessing the same network. Casting to Roku will only work if both devices are connected to the same WiFi network.

**2.** Ensure the app you want to use is installed on your mobile device and on Roku. The Roku version of the app you want to use (example: Netflix) must be installed on Roku before you can cast to it.



<table>
<tr>
<td></td>
<td>



Source: https://www.businessinsider.com/how-to-cast-to-roku-from-phone-tv
</td>
</tr>
<tr>
<td>

passing at least part of the output data from the wireless controller to the output device over the wired connection, said at least part of the output data corresponding to at least part of the digital content that includes video content, audio content, or document content, individually or in any combination, received from the one or more wireless information apparatus; and
</td>
<td>

*The wireless controller (e.g. Roku Device) passes the output data (e.g. video, audio, photos, video link etc.) received from the wireless information apparatus (e.g. Android/iOS devices etc.) to the output device (e.g. television) via the wired connection.*

"Initial Roku Setup Preparation

**Connect the Roku Box or Streaming Stick to your TV using HDMI, or turn on your Roku TV.**

**If you have a 4K-enabled Roku Streaming Stick or Box, such as a Streaming Stick+, Roku 4, Premiere, Premiere+, or Ultra, make sure you connect the stick or box to an HDMI port that's HDCP 2.2 compatible; there should be a label on the input.** This is especially important for compatibility with HDR-encoded content.

Whether you have a 4K-enabled Roku stick, box, or TV, make sure you have access to internet speeds that support 4K.

If you have a Roku 1 or Express Plus, you have the option of connecting a Roku box to a TV using composite video and analog audio connections. However, this should only be used for analog TVs."

Source: https://www.lifewire.com/how-to-set-up-roku-4174022
</td>
</tr>
</table>



Source: https://support.roku.com/article/208755108



Source: https://support.roku.com/article/360002990094

| | |
|---|---|
| delivering, by the wireless controller, at least part of the output data from the wireless controller to the output device via the wired connection for rendering of at least part of the digital content that includes video content, audio content, or document content, individually or in any combination, at the output device, | *The wireless controller (e.g. Roku Device) delivers the output data (e.g. video, audio, photos, video link etc.) to the output device (e.g. television) for rendering.*<br><br>"Initial Roku Setup Preparation<br><br>    ***Connect the Roku Box or Streaming Stick to your TV using HDMI, or turn on your Roku TV.***<br>    ***If you have a 4K-enabled Roku Streaming Stick or Box, such as a Streaming Stick+, Roku 4, Premiere, Premiere+, or Ultra, make sure you connect the stick or box to an HDMI port that's HDCP 2.2 compatible; there should be a label on the input.*** This is especially important for compatibility with HDR-encoded content.<br>    Whether you have a 4K-enabled Roku stick, box, or TV, make sure you have access to internet speeds that support 4K.<br>    If you have a Roku 1 or Express Plus, you have the option of connecting a Roku box to a TV using composite video and analog audio connections. However, this |

should only be used for analog TVs."

Source: https://www.lifewire.com/how-to-set-up-roku-4174022



Source: https://www.youtube.com/watch?v=zRlFsRvPIBo [1:23]



Source: https://support.roku.com/article/208755108



Source: https://support.roku.com/article/360002990094

| the wireless controller being a distinct device from the one or more wireless information apparatus. | *The wireless controller (e.g. Roku Device) is a distinct device from the wireless information apparatus (e.g. Android/iOS devices etc.).* |
|---|---|
| | "Initial Roku Setup Preparation |
| | **Connect the Roku Box or Streaming Stick to your TV using HDMI, or turn on your Roku TV.** |
| | **If you have a 4K-enabled Roku Streaming Stick or Box, such as a Streaming Stick+, Roku 4, Premiere, Premiere+, or Ultra, make sure you connect the stick or box to an HDMI port that's HDCP 2.2 compatible; there should be a label on the input.** This is especially important for compatibility with HDR-encoded content. |
| | Whether you have a 4K-enabled Roku stick, box, or TV, make sure you have access to internet speeds that support 4K. |
| | If you have a Roku 1 or Express Plus, you have the option of connecting a Roku box to a TV using composite video and analog audio connections. However, this should only be used for analog TVs." |
| | Source: https://www.lifewire.com/how-to-set-up-roku-4174022 |
| | "What mobile devices work with the Roku mobile app? |
| | ***The Roku app for iOS is compatible with Apple devices running iOS version 11.0 or higher.*** Visit the App Store® on your Apple device (iPhone, iPad, iPod Touch), or visit the online App Store to download the Roku mobile app for iOS. |
| | ***The Roku app for Android is compatible with Android devices running Android version 5.0 or higher.*** Visit the Google Play™ store on your Android device, or visit the online Google Play store to download the Roku mobile app for Android." |
| | Source: https://support.roku.com/article/217288467 |
| |  Android/iOS smart phone · Television connected to Roku Streaming Player for outputting digital content |
| | Source: https://support.roku.com/article/208755108 |