# EXHIBIT 5

## Application of Claim 8 of U.S. Patent No. 10,346,114 to Roku's Devices (the "Accused Products" or "Roku Devices")*,**

\* The terms "Accused Product" or "Roku" refers to Roku's Express, Express+, Premiere, Streaming Stick, Streaming Stick+, and Ultra products, as well as all other products used, sold, offered for sale and/or imported by Roku (as defined in the Complaint) or one of Roku's subsidiaries, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.  Plaintiff will serve infringement contentions in this case in accord with the Local Rules and schedule entered by the Court.

| **Application of U.S. Patent No. 10,346,114 to the Accused Products** |  |
|---|---|
| 8. An information apparatus for obtaining digital content from a digital content service provided by one or more servers over a network, the digital content accessible, at least partly, by the information apparatus, the information apparatus including: | *An information apparatus (e.g. Roku Device) obtains digital content (e.g. movies, music, TV shows etc.) from the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.) providing digital content service (e.g. The Roku channel, Netflix, Hulu etc.).*<br><br>"***Roku Streaming Players***"<br><br><br><br>Source: https://blog.roku.com/introducing-the-roku-streaming-stick-and-the-new-roku-streaming-player-lineup-plus-roku-os-8<br><br>"***Roku TV***<br>***Smart TV made easy***<br>***With a simple home screen, easy-to-use remote and automatic software updates, Roku TV is a smart TV that's simple to use and easy to love***."<br><br> |

Source: https://www.roku.com/products/roku-tv

**"*Content hosting***
**_Before creating a channel, an important step is to decide how and where to host your videos or other content._ Here are some common solutions:**

OVP (Online Video Platforms):
- Zype, Wistia, Vimeo Pro, Ooyala, Brightcove, Kaltura

CDN (Content Delivery Networks):
- Akamai, Scale Engine, Limelight Networks, EdgeCast, BitGravity, Comcast Technology Solutions, Amazon Web Services (AWS)"



- **_A Roku channel plays the content._** The channel's implementation can be created in two different ways:
    - **_Using the Direct Publisher web app where Roku supplies the implementation of your channel_**
    - **_Developing the channel using the scripting language, BrightScript, and its UI framework, SceneGraph_**
  **_After you've successfully set up your hosting server(s), you'll need to consider which of Roku's two channel development models you'll want to use._"**

Source: https://developer.roku.com/docs/features/how-channels-work.md



Sources: https://www.roku.com/whats-on/the-roku-channel
https://channelstore.roku.com/browse

| at least one processor; | *The information apparatus (e.g. Roku Device) includes a processor (e.g. ARM Quad-core, ARM Cortex A53 processor etc.).* |
| | "Inside, **the Roku Ultra packs a quad-core processor** and 802.11ac dual-band wireless antenna." |
| | Sources: https://www.techradar.com/reviews/roku-ultra |

|  | Roku Express | Roku Express+ | Roku Premiere | Roku Premiere+ | Roku Streaming Stick+ |
|---|---|---|---|---|---|
| Code Name | Nemo | Nemo | Gilbert 4K | Gilbert 4K | Amarillo-2019 |
| roDeviceInfo.GetModel() | 3930X | 3931X | 3920X | 3921X | 3810X |
| CPU | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 |
| Accelerated Graphics API | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 |
| RAM | 512 MB | 512 MB | 1 GB | 1 GB | 1 GB |

Source: https://developer.roku.com/docs/specs/hardware.md

| an operating system; | *The information apparatus (e.g. Roku Device) includes an operating system (e.g. Roku OS).* |

*The information apparatus (e.g. Roku Device) includes an operating system (e.g. Roku OS).*

*"Roku streaming devices*
***Roku streaming devices run the Roku operating system (Roku OS) purpose built and designed specifically for TV. The Roku OS powers Roku players, Roku® Streaming Sticks™ and Roku Smart Soundbars***. Roku streaming devices provide an incredible TV experience that is easy, offers a ton of content and value."

Source: https://www.roku.com/about/company

"Streaming isn't just one thing we do—it's all we do. Unlike software that was built for phones and adapted for TVs, ***we built the Roku OS specifically for streaming TV with one goal in mind—getting you to the entertainment you love quickly and easily***.

***Everything about the Roku OS is designed with ease in mind. That means smooth setup, a simple home screen anyone can use, easy ways to find your favorite entertainment, and automatic updates with new features so your device gets even better over time***.

With endless free entertainment available to stream, the Roku OS helps your dollars go further. It's easy to stream and save with free hit movies and in-season shows on your home screen, 100+ live channels on The Roku Channel, and search results ranked by price.

***The Roku OS is designed to give you the freedom to watch what you want, when you want, and how you want***. With the most popular channels, free live TV options featuring local news and sports, and the movies and shows you care about, it's easy to watch TV on your terms."

Source: https://www.roku.com/how-it-works/roku-os

***"Roku OS 9.3 update aimed at helping viewers find content quicker***
***Roku didn't give a specific release date, saying OS 9.3 will start rolling out to select Roku Players "next month," and will be heading to all streaming players in the coming weeks. Roku TV models, according to the press release, will get the update "in phases over the coming months***.

Results when searching by voice will also be presented from a visual perspective, with

| | |
|---|---|
| | categorized rows that include relevant movies, shows, and short-form entertainment to help viewers find what they're looking for more quickly. You can also say a phrase like "show me the news" and your Roku device will direct you to a "Roku Zone filled with available news channels."<br><br>Source: https://www.digitaltrends.com/home-theater/roku-new-operating-system/<br><br><br><br>Source:  https://techcrunch.com/2019/04/09/roku-is-no-longer-a-neutral-platform-after-todays-roku-os-9-1-update/<br><br>"Roku TV: ***A Roku TV is an all-in-one solution that does not require the connection of an external box or stick to access internet streaming content as the Roku operating system is already built into the TV.*** The TV connects your broadband router either via Wi-Fi or Ethernet connection. TV brands that offer Roku TVs in their product lines include Hisense, Hitachi, Insignia, Sharp, and TCL. Roku TVs come in several screens sizes, and 720p, 1080p, and 4K Ultra HD versions are available."<br><br>Source: https://www.lifewire.com/what-is-a-roku-4142216 |
| an interface for interacting with a user; | *The information apparatus (e.g. Roku Device) includes an interface (e.g. voice interface, graphical user interface etc.).*<br><br>"This week, Roku announced a major overhaul of its stock Roku Channels with the introduction of the SceneGraph Developer Extensions 2.0, also known as SGDEX 2.0. ***With SGDEX 2.0, Roku gives developers creating new Roku Channels a template to build from that is a huge step forward from where Roku has been in the past. Long gone are the ugly, outdated stock Roku Channels in favor of the more beautiful user interface***.<br><br>Here are a few examples of what the new Roku Channels will look like with SGDEX 2.0:<br><br>***SearchView***" |



TimeGridView



Source: https://www.cordcuttersnews.com/roku-is-rolling-out-a-new-user-interface-for-its-stock-roku-channels/



*"Control your TV with voice commands*
*• Use your Roku Voice Remote (select models), Enhanced Voice Remote (select models), or the free Roku mobile app to control your Roku TV. Use conversational voice commands to search for programs by title or actor or, only in the United States, by director or genre as well. Also use voice commands to launch streaming channels, switch inputs, change Antenna TV channels, or open the Smart Guide."*

Source: https://image.roku.com/c3VwcG9ydC1B/Generic-Roku-User-Guide-US-CA-9-0.pdf



For better and for worse, the Roku interface has barely changed over the years.

Source: https://www.techhive.com/article/3232363/roku-streaming-stick-review-roku-streaming-stick-plus-review.html

| memory or storage; | *The information apparatus (e.g. Roku Device) includes memory or storage (e.g. DRAM).* |
|---|---|

"***System memory (DRAM)***
- ***Roku devices have anywhere from 256 MB DRAM on the lowest end devices, to 1.5 GB DRAM on the Dallas platform.***
- ***While many applications like image processing or 3D modeling software benefit greatly from a large amount of RAM, this is usually not the case for channels running on Roku OS***.
- For nearly all channels, RAM will not be a bottleneck for performance unless you have a serious memory leak somewhere.
- A channel is far more likely to hit the texture memory or CPU ceiling than to ever run out of RAM, and your channel is sandboxed such that the Roku device will always allocate and save enough RAM for video buffering. In addition, if your channel uses a large amount of RAM (over ~80MB) it will simply be killed before performance hits are noticeable."

Source: https://developer.roku.com/docs/developer-program/performance-guide/memory-management.md

"Teardown: Roku Streaming Stick"
"The FCC certification documentation photo above reveals Broadcom's (also now Cypress Semiconductor's) BCM43236 2.4 GHz/5 GHz IEEE802.11n MAC/PHY/radio chip. Next to it to the right, somewhat obscured by the metal frame, are two ICs that I suspect are the 2.4 GHz and 5 GHz RF front ends. ***On the other side is a Samsung K4P4G324EQ 4 Gbit (512 MByte) LPDDR2 SDRAM.***"



Source: https://www.edn.com/teardown-roku-streaming-stick/

| | Roku Express | Roku Express+ | Roku Premiere | Roku Premiere+ | Roku Streaming Stick+ |
|---|---|---|---|---|---|
| Code Name | Nemo | Nemo | Gilbert 4K | Gilbert 4K | Amarillo-2019 |
| roDeviceInfo.GetModel() | 3930X | 3931X | 3920X | 3921X | 3810X |
| CPU | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 |
| Accelerated Graphics API | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 |
| RAM | 512 MB | 512 MB | 1 GB | 1 GB | 1 GB |

Source: https://developer.roku.com/docs/specs/hardware.md

| | |
|---|---|
| software or firmware stored, at least partly, in the memory or storage, at least part of the software or firmware is executable, by the at least one processor at the information apparatus, for accessing the digital content service provided by the one or more servers over the network; and | *The information apparatus (e.g. Roku Device) includes software/firmware executable by the processor to access the digital content service (e.g. The Roku Channel, Hulu, Netflix etc.).*<br><br>"***Adding channels from your Roku device***<br><br>*1. Press the Home button* 🏠 *on your Roku remote.*<br>*2. Scroll up or down and select Streaming Channels to open the Channel Store.*<br><br>*At the top of the Channel Store is a list of featured, new and popular categories to explore. You can enter a keyword in Search Channels to find choices based on the title of a channel. Below that are a variety of genres to browse.*<br>• *Tip: When browsing lists or channel grids, press the Rewind button* ⏪ *or Fast Forward button* ⏩ *on your Roku remote to jump up or down one page at a time.*<br><br>*3. When you want to learn more about a channel, press the OK button* 🆗 *on your remote to open the details. In addition to a synopsis and rating, you can preview screenshots of the channel.*<br>*4. If the channel is "free" then you can select Add Channel to install the channel on your Roku device.*"<br><br>Source: https://support.roku.com/article/208756388<br><br>*On your TCL Roku TV* <br><br>---<br><br>1. Press 🏠 on your remote to open the main screen.<br><br>2. Scroll down and select **Streaming Channels** to open the Channel Store.<br><br>3. At the top of the Channel Store is a list of featured, new and popular categories to explore.<br><br>4. Scroll down and select Search Channels<br><br>5. Press the right arrow ▶ button and type channel name in the search box<br><br>6. Scroll to the right to select from the list<br><br>7. Press the 🆗 button to select the channel<br><br>8. Press the 🆗 button to add the channel<br><br>9. If you have a Roku account PIN, then you will be required to enter it.<br><br>Source: https://support.tclusa.com/rokutv-setup-configuration/258221-how-to-add-channels<br><br>"***Check the System info page***<br>You can also verify that you have a Roku TV (and not a Roku player connected to a |

TV) by checking the System info page from the Settings menu.

1. Press the Home button  on your Roku remote.
2. Select Settings, and then select System.
3. Finally, select About.

***When you view the System info page, look for the field titled "Roku TV" that lists the Roku model number. With a Roku player or Streaming Stick, this field is titled "model". You can also look for the field titled "Roku TV support" that lists the manufacturer's contact information.*** With a player or Streaming Stick, this field is titled "Roku support" and it lists *roku.com/support* for the contact information."



Source: https://support.roku.com/article/360006418833



Source: https://www.businessinsider.com/how-to-update-roku

| | |
|---|---|
| wherein the information apparatus is configurable for: sending, from the information apparatus to the one or more servers over the network, authentication information associated with the user of the information apparatus for authentication of the user or the information apparatus, | *The information apparatus (e.g. Roku Device) sends the user associated authentication information (e.g. Roku/Hulu/Netflix Login ID and Password) to the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.).*<br><br>"***Roku provides mechanisms and protocols that streamline authentication for channels. These authentication methods allow customers to sign into channels with minimal input to ensure they can access and engage with channel content.***" |

| *Channel* | *Authentication Method* |
|---|---|
| SVOD, TVOD | On-device authentication |
| AVOD, non-monetized channels | Automatic Account Link |
| TVE | Rendezvous linking |

Source: https://developer.roku.com/docs/developer-program/authentication/authentication-overview.md

"***On-device authentication***
***Channels can allow customers to complete the sign-in process entirely on their Roku devices—without having to visit an external webpage. Additionally, once a customer authenticates on one device, they can automatically be signed in when they activate additional Roku devices linked to their same Roku account.***"



Sources: https://developer.roku.com/docs/developer-program/authentication/on-device-authentication.md
https://developer.roku.com/docs/developer-program/roku-pay/signup-best-practices.md

"***Rendezvous linking***
***This overview describes the typical flow and API used for registering and linking a***

***device to an authentication service***. The primary and recommended method for linking a device involves 3 main steps:

1. Display a short on-screen registration code (generated on the server) on the Roku device.
2. The user links the device by entering the registration code on the provider's website/service.
3. The service confirms the code is correct and issues a token to the Roku device. Once the device downloads the token, the channel displays a congratulations screen and allows the user access to the video service. The next time the channel is launched, the service will check if the token matches.

This is known as the "rendezvous" style of registration.

***Authentication flow***

***Several transactions between the device and the provider server make this work***. The steps are as follows:

1. Pre-registration:

- ***First, the device makes a "pre-registration" request to the server.***
- ***The server generates a short registration code and sets up an entry in a database associating the code with a temporary request for linking.***
- ***The device receives this response and displays the code to the user***.

2. Device linking:

- ***The device begins making a sequence of "link" requests to the server.***
- ***The server responds to the link request with a "not completed" code until the user successfully enters the code into the web site, or the code expires***.

3. Linking success:

- ***When the user has successfully entered the code plus any other necessary credentials on the provider web site, the server re-associates the code with the user's real account.***
- ***The next time the device makes a "link" query, the server responds with a permanent token that can be used to access the user's account***."

Source: https://developer.roku.com/docs/developer-program/authentication/authentication-and-linking.md



"***Stream all your TV in one place with Hulu. Get access to a huge streaming library of exclusive past seasons, current episodes, Hulu Originals, movies, kids favorites, full seasons of hit shows, and more***. And you can now add Live TV to watch 50+ Live and On Demand channels – in addition to the streaming library.

***The Hulu experience is available on: Roku 3, Roku TV, Roku Streaming Sticks (3600 or higher), Roku Express, Roku Express+, 4K Roku TV, Roku Premiere, Roku Premiere+, Roku 4, and Roku Ultra.***"

Source: https://channelstore.roku.com/details/2285/hulu

"***TV-connected devices***
***Logging in***
***To log in on a living room device using your email address and password:***
   1. ***Launch the Hulu app***
   2. ***Select Log In on the Welcome screen, then choose Log in on this device***
   3. ***Enter your email address and password using the on-screen keyboard, then select Log In***
   4. Select your personal profile from the list and start streaming!
If it's your first time logging in on the device, you may be presented with the option to activate it using an activation code instead."

Source: https://help.hulu.com/s/article/log-in-out?language=en_US

"***Set Up Netflix:***
***Before you can watch Netflix movies and TV shows on your Roku, you must create a Roku account on the Roku website.*** Once the account is created, follow the steps for your Roku below."

▼ **All other Roku models**

  1. From the main **Home** screen, navigate to **Home** and select **Netflix**.
     ◦ If Netflix is missing:
        ▪ Navigate to **Streaming Channels**, then **Movies & TV**.
        ▪ Select **Netflix**, then **Add Channel**, then **go to channel**.
           ◦ Visit Roku's support site for more help.
  2. Select **Sign In** on the Netflix home screen.
     ◦ If you are not yet a member, follow the signup prompts or set up your membership online.

  Your Roku is now connected to your Netflix account. Enjoy!

Source: https://help.netflix.com/en/node/23886



Source: https://www.youtube.com/watch?v=HaiJ0B18cSE

| the one or more servers being distinct and separate from the information apparatus; | *The servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.) are distinct and separate from the information apparatus (e.g. Roku Device).* |

*   "***First, the device makes a "pre-registration" request to the server.***
*   ***The server generates a short registration code and sets up an entry in a database associating the code with a temporary request for linking.***
***The device receives this response and displays the code to the user***."

Source: https://developer.roku.com/docs/developer-program/authentication/authentication-and-linking.md



Source: https://www.roku.com/products/roku-tv

"***Content hosting***
***Before creating a channel, an important step is to decide how and where to host your videos or other content.*** Here are some common solutions:

OVP (Online Video Platforms):

- Zype, Wistia, Vimeo Pro, Ooyala, Brightcove, Kaltura
CDN (Content Delivery Networks):
- Akamai, Scale Engine, Limelight Networks, EdgeCast, BitGravity, Comcast Technology Solutions, Amazon Web Services (AWS)"



- ***A Roku channel plays the content.*** The channel's implementation can be created in two different ways:
    - ***Using the Direct Publisher web app where Roku supplies the implementation of your channel***
    - ***Developing the channel using the scripting language, BrightScript, and its UI framework, SceneGraph***
    ***After you've successfully set up your hosting server(s), you'll need to consider which of Roku's two channel development models you'll want to use.***"

Source: https://developer.roku.com/docs/features/how-channels-work.md

| | |
|---|---|
| sending, from the information apparatus to the one or more servers, subscription information for accessing the digital content service provided by the one or more servers; | *The information apparatus (e.g. Roku Device) sends the subscription information (e.g. subscription ID, subscription period etc. associated with your digital content service such as Roku/Netflix/Hulu account) to the servers (e.g. Servers hosting digital content services like Hulu, Netflix etc.) to access the digital content services (e.g. Hulu, Netflix etc.) provided by the servers.*<br><br>"***Verifying access to content***<br>***The first step for implementing on-device authentication entails checking whether a customer has access to content. To do this, use the ChannelStore node and Roku Web Service API to check for an active subscription created through Roku Pay. Next, use the roRegistrySection() method to find an access token in the device registry and then check your entitlement server to see if it is still valid.*** If the device registry does not contain a valid access token, use the ChannelStore node to see if an access token is stored in the Roku cloud."<br><br>"***To enable customers to purchase a new subscription from your channel UI, you first get their email address and use it to check whether they already have a subscription. If they already have one, have them re-authenticate their account and then store a new access token on their device***. Otherwise, complete and validate an order for the new subscription and create a new customer account in your system." |



Source: https://developer.roku.com/docs/developer-program/authentication/on-device-authentication.md

"The final response after successfully linking the device should *send a token (opaque string) back to the Roku device* and be written to the channel's registry. *This token can then be used by the client to perform further operations on the server, such as play media. The next time the channel is launched, the service should check to see that the token matches.*

*This token, and not the device serial number, should be used to identify an account on the server.* This allows a user to disassociate (unlink) a device from an account by simply removing the channel or when doing a factory reset which causes the stored device token to be discarded."

Source: https://developer.roku.com/docs/developer-program/authentication/authentication-and-linking.md



Source: https://signup.hulu.com/plans

| | |
|---|---|
| delivering, from the information apparatus, one or more device objects to the one or more servers over the network, the one or more device objects are related to one or more devices, | *The information apparatus (e.g. Roku Device) delivers the device object (e.g. device name, device model, serial number, digital content service account information, supported media formats etc.) related to the device (e.g. Roku Device) to the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.) over the network.*<br><br>"***When you stream one of these channels, you are interacting with that channel directly, and the channel provider and its analytics and advertising partners may collect information from your Roku Device, including your <u>device identifier</u> and how you use that channel***. This Privacy Policy does not cover the actions of these channel providers and their partners. For more information about how these channels use your data, please see their privacy policies."<br><br>Source: https://my.roku.com/signup<br><br>"***use the roRegistrySection() method to find an access token in the device registry and then check your entitlement server to see if it is still valid. If the device registry does not contain a valid access token, use the ChannelStore node to see if an access token is stored in the Roku cloud***."<br><br>Source: https://developer.roku.com/docs/developer-program/authentication/on-device-authentication.md<br><br>"***Information We Collect Automatically Through the Roku Services***<br>***1. Device Information***<br>***We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers*** |

|  | *(including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network.* For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection." <br><br> Source: https://my.roku.com/signup <br><br> "*The final response after successfully linking the device should send a token (opaque string) back to the Roku device and be written to the channel's registry.* This token can then be used by the client to perform further operations on the server, such as play media. The next time the channel is launched, the service should check to see that the token matches.* <br><br> *This token, and not the device serial number, should be used to identify an account on the server. This allows a user to disassociate (unlink) a device from an account by simply removing the channel or when doing a factory reset which causes the stored device token to be discarded.*" <br><br> <pre><result>  <status>success/failure</status>  <deviceToken>(opaque string to identify account for future requests)</deviceToken>  <customerId>(optional customer ID if required by partner)</customerId>  <creationTime>(optional ISO8601 date/time value)</creationTime> </result></pre> <br><br> Source: https://developer.roku.com/docs/developer-program/authentication/authentication-and-linking.md |
| the one or more devices are for outputting or playing the digital content, and the one or more devices being distinct and separate devices from the one or more servers, and | *The device (e.g. Roku Device) outputs/plays the digital content (e.g. songs, videos, music etc.) and are distinct from the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.).* <br><br> "*The Roku Channel offers thousands of free movies and TV shows, 40+ live streaming TV channels like ABC News and more, and a dedicated Kids & Family experience; all with fewer ads than traditional broadcast TV. In addition to a large library of free content, The Roku Channel lets you add Premium Subscriptions from dozens of content partners including HBO, CINEMAX, EPIX, SHOWTIME, and STARZ. With your free, live, and premium content all presented together, The Roku Channel provides a simple way for you to browse, search, and watch a wide variety of entertainment.* <br><br> *You can add The Roku Channel to any Roku streaming device or compatible Samsung Smart TV, access it directly from the Roku mobile app for iOS® and Android™, or online from a web browser on your smartphone, tablet, or computer.* |

***You can sign up for Premium Subscriptions within The Roku Channel on any Roku streaming device, or from TheRokuChannel.com.***"

Source: https://support.roku.com/article/360007223934



Source: https://www.roku.com/products/roku-tv





Sources: https://www.roku.com/whats-on/the-roku-channel
https://channelstore.roku.com/browse

- "*First, the device makes a "pre-registration" request to the server.*
- *The server generates a short registration code and sets up an entry in a database associating the code with a temporary request for linking.*
*The device receives this response and displays the code to the user*."

Source: https://developer.roku.com/docs/developer-program/authentication/authentication-and-linking.md

"*Content hosting*
*Before creating a channel, an important step is to decide how and where to host your videos or other content.* Here are some common solutions:

OVP (Online Video Platforms):
- Zype, Wistia, Vimeo Pro, Ooyala, Brightcove, Kaltura
CDN (Content Delivery Networks):
- Akamai, Scale Engine, Limelight Networks, EdgeCast, BitGravity, Comcast Technology Solutions, Amazon Web Services (AWS)"



- *A Roku channel plays the content.* The channel's implementation can be created in two different ways:
  - *Using the Direct Publisher web app where Roku supplies the implementation of your channel*
  - *Developing the channel using the scripting language, BrightScript, and its UI framework, SceneGraph*

  *After you've successfully set up your hosting server(s), you'll need to consider which of Roku's two channel development models you'll want to use."*

Source: https://developer.roku.com/docs/features/how-channels-work.md

| | |
|---|---|
| the one or more device objects including information, related to at least one of device identification information, device address information, device capability information, model information, brand information, registration information, or IP address information, individually or in any combination, related to the one or more devices; | *The device object includes device identification information (e.g. device name, device model, serial number, IP address, Roku accounts information etc.).*<br><br>"*When you stream one of these channels, you are interacting with that channel directly, and the channel provider and its analytics and advertising partners may collect information from your Roku Device, including your* <u>*device identifier*</u> *and how you use that channel.* This Privacy Policy does not cover the actions of these channel providers and their partners. For more information about how these channels use your data, please see their privacy policies.<br><br>"*Information We Collect Automatically Through the Roku Services*<br><br>*1. Device Information*<br>*We may receive information about the browser and devices you use to access the Internet, including our services, such as device types and models, unique identifiers (including, for Roku Devices, the Advertising Identifier associated with that device), IP address, operating system type and version, browser type and language, Wi-Fi network name and connection data, and information about other devices connected to the same network*. For Roku Devices, we may also collect the name of the retailer to whom your Roku Device was shipped, various quality measures, error logs, software version numbers, and device status (including the status of battery-powered accessories). When you enable Bluetooth on a Roku Device, we may collect your Bluetooth usage, such as connection quality, the name of the device connected to your Roku Device, and the start and stop time of your connection."<br><br>Source: https://my.roku.com/signup |



Source: https://developer.roku.com/docs/developer-program/authentication/universal-authentication-protocol-for-single-sign-on.md

"***The final response after successfully linking the device should send a token (opaque string) back to the Roku device and be written to the channel's registry***. This token can then be used by the client to perform further operations on the server, such as play media. The next time the channel is launched, the service should check to see that the token matches.

***This token, and not the device serial number, should be used to identify an account on the server. This allows a user to disassociate (unlink) a device from an account by simply removing the channel or when doing a factory reset which causes the stored device token to be discarded***."

<result>
  <status>success/failure</status>
  ***<deviceToken>(opaque string to identify account for future requests)</deviceToken>***
  <customerId>(optional customer ID if required by partner)</customerId>

| | |
|---|---|
| | <creationTime>(optional ISO8601 date/time value)</creationTime><br></result><br><br>Source: https://developer.roku.com/docs/developer-program/authentication/authentication-and-linking.md |
| accessing, by the information apparatus, one or more digital content that are available at the digital content service, the access of the one or more digital content, provided by the one or more servers, is based, at least in part, on having successfully sent the authentication information and the subscription information; | *The information apparatus (e.g. Roku Device) accesses the digital content (e.g. movies, songs, TV shows etc.) available at the digital content service (e.g. Hulu, Netflix etc.), once the authentication (e.g. Login and Password) and subscription (e.g. subscription ID, subscription period etc.) information is sent to the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.).*<br><br>"***The Roku Channel offers thousands of free movies and TV shows, 40+ live streaming TV channels like ABC News and more, and a dedicated Kids & Family experience; all with fewer ads than traditional broadcast TV. In addition to a large library of free content, The Roku Channel lets you add Premium Subscriptions from dozens of content partners including HBO, CINEMAX, EPIX, SHOWTIME, and STARZ. With your free, live, and premium content all presented together, The Roku Channel provides a simple way for you to browse, search, and watch a wide variety of entertainment.***<br><br>***You can add The Roku Channel to any Roku streaming device or compatible Samsung Smart TV, access it directly from the Roku mobile app for iOS® and Android™, or online from a web browser on your smartphone, tablet, or computer. You can sign up for Premium Subscriptions within The Roku Channel on any Roku streaming device, or from TheRokuChannel.com.***"<br><br>Source: https://support.roku.com/article/360007223934<br><br><br><br>Source: https://www.roku.com/whats-on/the-roku-channel<br><br>"***Stream all your TV in one place with Hulu. Get access to a huge streaming library of exclusive past seasons, current episodes, Hulu Originals, movies, kids favorites, full seasons of hit shows, and more.*** And you can now add Live TV to watch 50+ Live** |

and On Demand channels – in addition to the streaming library.

***The Hulu experience is available on: Roku 3, Roku TV, Roku Streaming Sticks (3600 or higher), Roku Express, Roku Express+, 4K Roku TV, Roku Premiere, Roku Premiere+, Roku 4, and Roku Ultra.***"

Source: https://channelstore.roku.com/details/2285/hulu

"***Verifying access to content***
***The first step for implementing on-device authentication entails checking whether a customer has access to content. To do this, use the ChannelStore node and Roku Web Service API to check for an active subscription created through Roku Pay. Next, use the roRegistrySection() method to find an access token in the device registry and then check your entitlement server to see if it is still valid.*** If the device registry does not contain a valid access token, use the ChannelStore node to see if an access token is stored in the Roku cloud."

Source: https://developer.roku.com/docs/developer-program/authentication/authentication-and-linking.md

"***Set Up Netflix:***
***Before you can watch Netflix movies and TV shows on your Roku, you must create a Roku account on the Roku website.*** Once the account is created, follow the steps for your Roku below."

▼ **All other Roku models**

1. From the main **Home** screen, navigate to **Home** and select **Netflix**.
   ◦ If Netflix is missing:
     ◦ Navigate to **Streaming Channels**, then **Movies & TV**.
     ◦ Select **Netflix**, then **Add Channel**, then **go to channel**.
       ◦ Visit Roku's support site for more help.
2. Select **Sign In** on the Netflix home screen.
   ◦ If you are not yet a member, follow the signup prompts or set up your membership online.

Your Roku is now connected to your Netflix account. Enjoy!

Source: https://help.netflix.com/en/node/23886



Source: https://www.youtube.com/watch?v=HaiJ0B18cSE

| | |
|---|---|
| receiving, via the interface of the information apparatus, an indication from the user of selected digital content from among the one or more digital content that are available from the digital content service; | *The information apparatus (e.g. Roku Device) receives an indication of the selected digital content (e.g. selected movie, song, TV show, album, artist OR voice command for movie, TV show, song, album etc.).*<br><br>"The Live TV Channel Guide available in The Roku Channel and on the Home screen of your Roku TV provides a convenient way for you to discover and watch free, live movies, news, and TV shows. ***Easily browse the channel guide, select shows to watch, and quickly switch between channels like you do with a traditional TV guide***. You can also quickly change the view of the channel guide to display all channels, or limit it to only show recent channels."<br><br>Source: https://support.roku.com/article/208756428<br><br>"***When users select a content item, the content details screen provides options for watching the item (from free or subscription) or following it on My Feed***. It also provides information about the item such as the title, star rating, release year, parental rating, run time, genre, description, cast, and director." |





"*Users can then select a channel, which launches it and takes them directly to the selected content or a content springboard (via deep linking).* If the channel is not already installed, it is first added upon being selected."

Source: https://developer.roku.com/docs/developer-program/discovery/search/implementing-search.md

"*Using voice search*
*With voice search you can easily find movies, TV shows, actors, and streaming apps. You can even ask your Roku device to launch a channel or play your favorite content.*
* Find a specific movie or show
  "find Harry Potter and the Goblet of Fire"
  "show me episodes of Silicon Valley"
  "find The NeverEnding Story"

| | |
|---|---|
| | • Search for your favorite actors or directors<br>"find all Halle Berry films"<br>"search for westerns with Clint Eastwood"<br>"show me films directed by Michael Bay"<br><br>• Browse your favorite genres<br>"show me comedies"<br>"find thriller movies"<br>"look for kids TV shows""<br><br>Source: https://support.roku.com/article/360009552694 |
| delivering, from the information apparatus to the one or more servers, at least a pointer or reference to the selected digital content; and | *The information apparatus (e.g. Roku Device) delivers a pointer/reference (e.g. VideoName, ActorName, GenreName etc.) related to the selected digital content (e.g. selected movie, selected TV show etc.) to the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.) via screen interface or voice interface.*<br><br>"The following diagram demonstrates how deep linking from Roku Search works. ___**When content is selected, the contentId and mediaType are passed as query string parameters to the channel**___. The channel accepts and validates the deep linking parameters and identifies the appropriate launch behavior, which is determined by the mediaType. In ***this example, contentId "loganLucky123" corresponds to the film "Logan Lucky", and the mediaType is "movie". The "movie" mediaType requires the channel to launch directly into playback*** (see MediaType behavior for more information on the launch behavior required for different mediaTypes)."<br><br><br><br>"Deep link requests contain two parameters: ***contentid and mediaType***.<br><br>• ***A contentId is a URL-encoded ASCII string (maximum 255 characters) that uniquely identifies content in your channel. The contentId may be an alphanumeric string, URL, or pipe-separated key-value pairs (for example, series=myAwesomeShow\|Season=1\|Episode=1).***<br>• ***The mediaType specifies how a channel should behave when receiving a*** |

*deep link request*."

Source: https://developer.roku.com/docs/developer-program/discovery/implementing-deep-linking.md

"*Generally you will want to have all of your content meta-data configuration of a particular video in an XML/JSON file on your server. You can then read this file, convert it to a ContentNode node, and set up the related user interface and video configuration for your video in your Roku application*.

*This XML/JSON file should contain the strings or links to all the information you need to present the video to the user for selection, and to configure the video playback*. In almost all cases, you should be able to use the attributes listed in Content Meta-Data (see Content Meta-Data) which are all recognized as field names for a ContentNode node. In the rare cases where you require a custom attribute not found in Content Meta-Data, you can create a custom ContentNode node by adding <interface> fields, or possibly by setting up a parallel associative array that can be accessed using the same user interface element node indexing that you use for accessing ContentNode nodes."

"*Descriptive content meta-data attributes are used to communicate information to allow the user to select a video for playback*. Most of the attributes are either optional, or are specific to a particular type of video. Set these attributes as you want for your user interface design, and the types of videos you offer. *The descriptive meta-data attributes are*:

- contenttype
- title
- titleseason
- description
- watched
- length
- releasedate
- rating
- starrating
- userstarrating
- shortdescriptionline1
- shortdescriptionline2
- episodenumber
- numepisodes
- actors
- actor
- directors
- director
- categories

<table>
<tr><td></td><td>

- category
- hdbranded
- ishd
- MPAA and TV Ratings (icon identifiers)"

Source: https://developer.roku.com/docs/developer-program/core-concepts/playing-videos.md
</td></tr>
<tr><td>

receiving, at the information apparatus and from the one or more servers, output data corresponding to at least part of the selected digital content,
</td><td>

*The information apparatus (e.g. Roku Device) receives the output data related to the selected digital content (e.g. movie, TV show, song, album etc.) from the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.).*

"The Task node should be created, have an observer callback set for the videocontent <interface> field, configured with the URL of the server XML file as the metadatauri <interface> field, then run. ***When the ContentNode node is complete, it is assigned to the videocontent <interface> field of the Task node, which then triggers the callback function to configure lists or grids for each video item, and allow the configuration meta-data to be assigned to a Video node that plays the video***."

Source: https://developer.roku.com/docs/developer-program/core-concepts/playing-videos.md

"***The Roku Channel offers thousands of free movies and TV shows, 40+ live streaming TV channels like ABC News and more, and a dedicated Kids & Family experience; all with fewer ads than traditional broadcast TV. In addition to a large library of free content, The Roku Channel lets you add Premium Subscriptions from dozens of content partners including HBO, CINEMAX, EPIX, SHOWTIME, and STARZ. With your free, live, and premium content all presented together, The Roku Channel provides a simple way for you to browse, search, and watch a wide variety of entertainment***.

You can add The Roku Channel to any Roku streaming device or compatible Samsung Smart TV, access it directly from the Roku mobile app for iOS® and Android™, or online from a web browser on your smartphone, tablet, or computer. You can sign up for Premium Subscriptions within The Roku Channel on any Roku streaming device, or from TheRokuChannel.com."

Source: https://support.roku.com/article/360007223934
</td></tr>
</table>



Source: https://www.roku.com/whats-on/the-roku-channel

"*Stream all your TV in one place with Hulu. Get access to a huge streaming library of exclusive past seasons, current episodes, Hulu Originals, movies, kids favorites, full seasons of hit shows, and more*. And you can now add Live TV to watch 50+ Live and On Demand channels – in addition to the streaming library.

*The Hulu experience is available on: Roku 3, Roku TV, Roku Streaming Sticks (3600 or higher), Roku Express, Roku Express+, 4K Roku TV, Roku Premiere, Roku Premiere+, Roku 4, and Roku Ultra.*"

Source: https://channelstore.roku.com/details/2285/hulu

| | |
|---|---|
| the output data is related, at least in part, to the information included in the one or more device objects, delivered from the information apparatus to the one or more servers, and | *The output data (e.g. audio data, video data etc.) is for playback at the registered devices i.e. based on the device object (e.g. device model, device name, serial number etc.).*<br><br>"With this mechanism, channels verify whether the customer has an active subscription through Roku Pay for the content, and **then check whether there is a valid access token stored in the device registry and the Roku cloud. Based on these checks, channels either grant access to the content or do additional validations** such as checking previous transactions or checking whether the customer's email address is linked to an existing subscription."<br><br>TVE channels can use the "rendezvous" linking to validate subscriptions. *With this method, channels get a registration code and display it on the Roku device. When the customers enter the registration code on the provider's external website, the provider's authentication service links the customer's device to their Roku account via an access token that is downloaded and stored on the device.*"<br><br>Source: https://developer.roku.com/docs/developer-program/authentication/authentication-overview.md<br><br>"**On-device authentication** |

<table>
<tr>
<td></td>
<td>

*Channels can allow customers to complete the sign-in process entirely on their Roku devices—without having to visit an external webpage. Additionally, once a customer authenticates on one device, they can automatically be signed in when they activate additional Roku devices linked to their same Roku account.*"

Source: https://developer.roku.com/docs/developer-program/authentication/on-device-authentication.md

"*Roku supports specific encoding methods and formats for streaming content on Roku devices.*

*Roku devices support several audio/video container formats*. These formats encapsulate one or several tracks into one file and include meta-data about each track:
- *Flac*
- *Ogg with Vorbis audio*
- *MP3*
- *MP4, MOV, M4V*
  - *supported video codecs: AVC, HEVC*
  - *supported audio codecs: AAC, AC3, EAC3, AC4, ALAC, MP3, PCM*
- *MKV, WebM*
  - *supported video codecs: AVC, HEVC, VP8, VP9*
  - *supported audio codecs: AAC, AC3, EAC3, Dolby Atmos, ALAC, DTS, DTSE, FLAC, MP3, OPUS, PCM, VORBIS*"

Source: https://developer.roku.com/docs/specs/streaming.md

</td>
</tr>
<tr>
<td>

the output data, corresponding to at least part of the selected digital content, is at least in part device dependent with respect to the one or more devices for outputting or playing at least part of the selected digital content at the one or more devices; and

</td>
<td>

*The output data (e.g. encrypted movies, songs, music, videos etc.) is device dependent and can be accessed by the authorized devices that are registered at the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.).*

"*Roku OS update supports for Widevine DRM for all Roku channels*.

Required Roku channel manifest entries:

requires_widevine_drm=1
requires_widevine_version=1.0

*Roku OS also supports HDCP for content copy protection between the Roku player's HDMI port and the connected display. However, the HDCP version depends on the Roku Model and the Display Type that it's currently set to.*

| | *Roku 4K capable devices* | *All other Roku devices* |
|---|---|---|
| *TEE* | *Yes* | *No* |
| *HDC P* | *2.2 1* | *1.4* |

*1 4K devices set to a Display Type with a resolution smaller than 4K will default to*

</td>
</tr>
</table>

|  | *HDCP 1.4.*"<br><br>Source: https://developer.roku.com/docs/specs/content-protection.md<br><br>"*When you stream one of these channels, you are interacting with that channel directly, and the channel provider and its analytics and advertising partners may collect information from your Roku Device, including your <u>device identifier</u> and how you use that channel*."<br><br>Source: https://my.roku.com/signup<br><br>"*In order to activate your Roku streaming player or Roku TV™, it must be linked to a Roku account.*<br><br>*Your Roku account stores which Roku® streaming devices you own and which channels you have installed, as well as your preferences and settings*. It's important to have a valid email address associated with your Roku account in order to manage your account and to receive important account notifications."<br><br>Source: https://support.roku.com/article/235180868 |
|---|---|
| wherein at least part of the device dependent output data includes an encryption scheme for ensuring security of the selected digital content. | *The output data generated at the servers (e.g. Amazon Web Services (AWS), Vimeo Pro, Limelight Networks etc.) includes encryption operation (e.g. DRM encryption).*<br><br>"*Roku OS update supports for Widevine DRM for all Roku channels.*"<br><br>Source: https://developer.roku.com/docs/specs/content-protection.md<br><br>"*Digital rights management (DRM) content meta-data control attributes are available in the Roku OS through the drmParams parameter of type roAssociativeArray. The table below enumerates all usable attributes of drmParams.*<br><br>Note: Not all attributes are required, and may not have the same semantic meaning when applied to different DRM systems. |

| Attribute | DRM System | Type | Value | Example |
|---|---|---|---|---|
| appData | Playready, Widevine, Verimatrix: Optional | String | Special meaning per DRM system. If supplied, expected to be a base64 encoded string. | "SGF2ZSB0byByB ggQmFzZTY0IC |
| | Pl | Stri | This field is len | "http://www Y |

| gKey | ady: Optional | ng | the licenseServerURL field. Specifies the PlayReady license acquisition data, in format depending on the EncodingType attribute value specified: <br><br>• when encodingType="PlayReady LicenseAcquisitionUrl", the EncodingKey attribute contains the PlayReady license acquisition URL | |
|------|------|------|------|------|
| encodin gType | Playre ady: Optional | Stri ng | This field is deprecated; use the licenseServerURL field. Specifies the encoding scheme for PlayReady DRM, by setting to one of the following values: <br><br>• "PlayReadyLicenseAcquisit ionUrl" <br>• "PlayReadyLicenseAcquisit ionAndChallenge" Note, this is the same value that used to be specified directly in Content Metadata structure | "PlayReadyLicenseAcc AndChallenge" |

"

Source: https://developer.roku.com/docs/developer-program/getting-started/architecture/content-metadata.md