# EXHIBIT 6

## Application of Claim 7 of U.S. Patent No. 10,740,066 to Roku's Devices (the "Accused Products" or "Roku Devices")*,**

\* The terms "Accused Product" or "Roku" refers to Roku's Express, Express+, Premiere, Streaming Stick, Streaming Stick+, and Ultra products, as well as all other products used, sold, offered for sale and/or imported by Roku (as defined in the Complaint) or one of Roku's subsidiaries, that have the features shown in this chart, or substantially similar features.

\*\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.  Plaintiff will serve infringement contentions in this case in accord with the Local Rules and schedule entered by the Court.

| Application of U.S. Patent No. 10,740,066 to the Accused Products | |
|---|---|
| 7. A wireless output device to wirelessly receive output data from an information apparatus that is a distinct and separate device from the wireless output device, | *A wireless output device (e.g. Roku Device) wirelessly receives output data (e.g. photos, audio, video etc.) from an information apparatus (e.g. Android/iOS device etc.) over a Wi-Fi link by using 'Play on Roku' and 'Cast' feature.*<br><br>*The information apparatus (e.g. Android/iOS device etc.) is a distinct/separate device from the wireless output device (e.g. Roku Device).*<br><br>"***Roku Streaming Players***"<br><br><br><br>Sources: https://blog.roku.com/introducing-the-roku-streaming-stick-and-the-new-roku-streaming-player-lineup-plus-roku-os-8<br>https://image.roku.com/blog/wp-content/uploads/2017/10/Roku-streaming-player-lineup-2017_FB.jpg<br><br>"***Roku TV***<br><br>***Smart TV made easy***<br><br>***With a simple home screen, easy-to-use remote and automatic software updates, Roku TV is a smart TV that's simple to use and easy to love.***"<br><br><br><br>Source: https://www.roku.com/products/roku-tv<br><br>"The free ***Roku mobile app***<br><br>***Control your Roku device, stream free TV on the go, and enjoy more fun*** |

*features.*

***Meet the must-have app for streamers***

***Easily control your Roku device with a convenient remote***. It has everything you need to control your streaming, search with your voice, enjoy private listening, and quickly launch your most recent channels."

 

Source: https://www.roku.com/mobile-app

"***Use the free Roku® mobile app to:***

• Control your Roku devices with a convenient remote

• Use your voice or keyboard to quickly search for entertainment

• Enjoy private listening with headphones

• Stream free movies, live TV, and more on the go with The Roku Channel

• ***Cast media files from your phone, like videos and photos, to your TV***

• Add and launch channels on your Roku devices

• Enter text on your Roku device easier with your mobile keyboard

***You must connect your phone or tablet to the same wireless network as your Roku device to use certain features of the mobile app***. Some features require a compatible Roku device and may require logging into your Roku account."

Source: https://apps.apple.com/us/app/roku/id482066631#?platform=iphone

"***When you want to display personal media files on your TV screen, you may be able to use the Play on Roku feature built in to the free Roku mobile app for iOS® and Android™ devices. <u>Play on Roku lets you share</u>*** photos, videos, and ***<u>songs stored on your compatible mobile device to your Roku streaming player or Roku TV</u>***™. After you launch the mobile app and choose what to view from your

phone or tablet, it will appear on your TV."

***"To use Play on Roku, you must install the latest version of the Roku mobile app on your compatible mobile device.*** You must also make sure to connect your phone or tablet to the same wireless network as your Roku device."



Roku TV

Android/iOS device

Source: https://support.roku.com/article/208755108

***"How do I cast apps like YouTube or Netflix from my phone to my TV?***
Background

You can of course launch channels directly from your Roku streaming player or Roku TV™, ***but on some occasions, you may want to direct, or cast, to your TV what you are already watching on your mobile device. You can do this wirelessly with supported apps like YouTube and Netflix by opening the casting icon casting icon on your phone or tablet and selecting your Roku device. The channel will launch automatically on your Roku device and playback will begin.***



***To use casting, the supported app must be installed on both your mobile device and your Roku streaming device. You must also make sure to connect your phone or tablet to the same wireless network as your Roku device."***

Source: https://support.roku.com/article/360002990094

***"How to cast content to Roku"***

**1.** Verify your mobile device and Roku are accessing the same network. Casting to Roku will only work if both devices are connected to the same WiFi network.

**2.** Ensure the app you want to use is installed on your mobile device and on Roku. The Roku version of the app you want to use (example: Netflix) must be installed on Roku before you can cast to it.





Source: https://www.businessinsider.com/how-to-cast-to-roku-from-phone-tv

| the wireless output device includes: one or more embedded processors; | *The wireless output device (e.g. Roku Device) includes a processor (e.g. Quad-core processor).* |
|---|---|

|  | Roku Express | Roku Express+ | Roku Premiere | Roku Premiere+ | Roku Streaming Stick+ |
|---|---|---|---|---|---|
| Code Name | Nemo | Nemo | Gilbert 4K | Gilbert 4K | Amarillo-2019 |
| roDeviceInfo.GetModel() | 3930X | 3931X | 3920X | 3921X | 3810X |
| CPU | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 |

| 4K Roku TV | Roku TV | Roku TV | Roku TV (Brazil) | Roku Smart Soundbar | 4K Roku TV | 4K Roku TV |
|---|---|---|---|---|---|---|
| Longview | Midland | Roma | El Paso | Fruitland | Reno | Malone |
| 7000X | 8000X | D000X | 8000X | 9100X | A000X | C000X |
| ARM dual core 1.2 GHz | ARM | ARM Cortex A55 | ARM | ARM Cortex A53 | ARM quad core 1 GHz | ARM quad core 1 GHz |
| OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 |
| 1 GB | 512 MB | 512 MB | 512 MB | 1 GB | 1.5 GB | 1 GB |

Source: https://developer.roku.com/docs/specs/hardware.md

"***Inside, the Roku Ultra packs a quad-core processor*** and 802.11ac dual-band wireless antenna. What sets the Ultra apart from other models in Roku's lineup is that it comes with the new-and-improved remote with two programmable buttons, an ethernet port on the back and the remote finder button located on top of the player."



Sources: https://www.techradar.com/reviews/roku-ultra
https://image.roku.com/ww/docs/compare-chart-new-old-en-us.pdf

| memory or storage for storing one or more device attributes related to the wireless output device; | *The wireless output device (e.g. Roku Device) includes memory or storage (e.g. 512 MB/ 1GB RAM) for storing device attributes (e.g. device name, model, brand, serial number etc.).* |
|---|---|

|  | Roku Express | Roku Express+ | Roku Premiere | Roku Premiere+ | Roku Streaming Stick+ |
|---|---|---|---|---|---|
| Code Name | Nemo | Nemo | Gilbert 4K | Gilbert 4K | Amarillo-2019 |
| roDeviceInfo.GetModel() | 3930X | 3931X | 3920X | 3921X | 3810X |
| CPU | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 |
| Accelerated Graphics API | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 |
| RAM | 512 MB | 512 MB | 1 GB | 1 GB | 1 GB |

| 4K Roku TV | Roku TV | Roku TV | Roku TV (Brazil) | Roku Smart Soundbar | 4K Roku TV | 4K Roku TV |
|---|---|---|---|---|---|---|
| Longview | Midland | Roma | El Paso | Fruitland | Reno | Malone |
| 7000X | 8000X | D000X | 8000X | 9100X | A000X | C000X |
| ARM dual core 1.2 GHz | ARM | ARM Cortex A55 | ARM | ARM Cortex A53 | ARM quad core 1 GHz | ARM quad core 1 GHz |
| OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 |
| 1 GB | 512 MB | 512 MB | 512 MB | 1 GB | 1.5 GB | 1 GB |

Source: https://developer.roku.com/docs/specs/hardware.md

"*System memory (DRAM)*
- *Roku devices have anywhere from 256 MB DRAM on the lowest end devices, to 1.5 GB DRAM on the Dallas platform.*
- *While many applications like image processing or 3D modeling software benefit greatly from a large amount of RAM, this is usually not the case for channels running on Roku OS*.
- For nearly all channels, RAM will not be a bottleneck for performance unless you have a serious memory leak somewhere.
- A channel is far more likely to hit the texture memory or CPU ceiling than to ever run out of RAM, and your channel is sandboxed such that the Roku device will always allocate and save enough RAM for video buffering. In addition, if your channel uses a large amount of RAM (over

| | |
|---|---|
| | ~80MB) it will simply be killed before performance hits are noticeable." <br><br> Source: https://developer.roku.com/docs/developer-program/performance-guide/memory-management.md |
| software or firmware stored at the memory or the storage; | *The wireless output device (e.g. Roku Device) includes software or firmware (e.g. Roku OS etc.) stored in its memory.* <br><br> "Streaming isn't just one thing we do—it's all we do. Unlike software that was built for phones and adapted for TVs, ***we built the Roku OS specifically for streaming TV with one goal in mind—getting you to the entertainment you love quickly and easily***. <br><br> ***Everything about the Roku OS is designed with ease in mind. That means smooth setup, a simple home screen anyone can use, easy ways to find your favorite entertainment, and automatic updates with new features so your device gets even better over time***. <br><br> With endless free entertainment available to stream, the Roku OS helps your dollars go further. It's easy to stream and save with free hit movies and in-season shows on your home screen, 100+ live channels on The Roku Channel, and search results ranked by price. <br><br> ***The Roku OS is designed to give you the freedom to watch what you want, when you want, and how you want***. With the most popular channels, free live TV options featuring local news and sports, and the movies and shows you care about, it's easy to watch TV on your terms." <br><br> Source: https://www.roku.com/how-it-works/roku-os <br><br> "Roku TV: ***A Roku TV is an all-in-one solution that does not require the connection of an external box or stick to access internet streaming content as the Roku operating system is already built into the TV***. The TV connects your broadband router either via Wi-Fi or Ethernet connection. TV brands that offer Roku TVs in their product lines include Hisense, Hitachi, Insignia, Sharp, and TCL. Roku TVs come in several screens sizes, and 720p, 1080p, and 4K Ultra HD versions are available." <br><br> Source: https://www.lifewire.com/what-is-a-roku-4142216 <br><br> "***Roku OS 9.3 update aimed at helping viewers find content quicker*** <br>***Roku didn't give a specific release date, saying OS 9.3 will start rolling out to select Roku Players "next month," and will be heading to all streaming players in the coming weeks. Roku TV models, according to the press release, will get the update "in phases over the coming months."*** <br><br> Source: https://www.digitaltrends.com/home-theater/roku-new-operating-system/ |



Source: https://techcrunch.com/2019/04/09/roku-is-no-longer-a-neutral-platform-after-todays-roku-os-9-1-update/

"***Additional updates in Roku OS 9.3 include:***
- ***Customization – Home Screen wallpapers, as well as screensavers, are now accessible from a single "Theme" menu item located within Settings. Theme packs, which consist of a wallpaper and screensaver, offering a new way to customize your experience for a consistent look and feel when using your Roku devices.***
- ***Performance – A reduction in device boot times, faster launch times for a select number of channels (with more supported channels coming soon), a more responsive Home Screen and faster navigation when using features such as Featured Free***."

Source: https://blog.roku.com/roku-os-93

| | |
|---|---|
| one or more wireless communication units that include hardware circuitry to enable the wireless output device to wirelessly communicate with the information apparatus; and | *The wireless output device (e.g. Roku Device) includes a wireless communication unit (e.g. Wi-Fi module etc.) for wireless communication with the information apparatus (e.g. Android/iOS devices etc.).*<br><br>**"HD Hisense Roku TV (2019)"**<br><br><br><br>Source: https://www.hisense-usa.com/televisions/all-tvs/32H4030F_hd-hisense-roku-tv-2019<br><br>**"Roku Ultra"**<br><br>Networking      802.11ac MIMO dual-band wireless<br><br>                         10/100 Base-T Ethernet<br><br>Source: https://www.roku.com/products/roku-ultra |

| | |
|---|---|
| | *"Connect your Roku TV, stick, or box to your network router for internet access. Roku streaming sticks use Wi-Fi only, while Roku boxes and TVs provide both Wi-Fi and Ethernet connectivity options. If using Wi-Fi, your Roku device will search all available networks. Choose your preferred network and enter your Wi-Fi password.*<br><br><br><br>Once your network connection is established, you may see a message that a software/firmware update may be available. If so, allow Roku to go through the update process."<br><br>Source: https://www.lifewire.com/how-to-set-up-roku-4174022<br><br>"To use Play on Roku, you must install the latest version of the Roku mobile app on your compatible mobile device. *You must also make sure to connect your phone or tablet to the same wireless network as your Roku device."*<br><br>Source: https://support.roku.com/article/208755108 |
| an output controller for processing data, | *The wireless output device (e.g. Roku Device) includes an output controller (e.g. Quad core processor) for processing (e.g. decoding etc.) the data.* |

|  | Roku Express | Roku Express+ | Roku Premiere | Roku Premiere+ | Roku Streaming Stick+ |
|---|---|---|---|---|---|
| Code Name | Nemo | Nemo | Gilbert 4K | Gilbert 4K | Amarillo-2019 |
| roDeviceInfo.GetModel() | 3930X | 3931X | 3920X | 3921X | 3810X |
| CPU | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 | ARM Cortex A53 |

|  | 4K Roku TV | Roku TV | Roku TV | Roku TV (Brazil) | Roku Smart Soundbar | 4K Roku TV | 4K Roku TV |
|---|---|---|---|---|---|---|---|
| | Longview | Midland | Roma | El Paso | Fruitland | Reno | Malone |
| | 7000X | 8000X | D000X | 8000X | 9100X | A000X | C000X |
| | ARM dual core 1.2 GHz | ARM | ARM Cortex A55 | ARM | ARM Cortex A53 | ARM quad core 1 GHz | ARM quad core 1 GHz |
| | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 | OpenGL ES 2.0 |
| | 1 GB | 512 MB | 512 MB | 512 MB | 1 GB | 1.5 GB | 1 GB |

Source: https://developer.roku.com/docs/specs/hardware.md

"Supported audio codecs

**Roku devices support the following audio file types:**

 **AAC: HE-AACv2, AAC-LC (CBR)**
 **MP3**
 **WMA, WAV (PCM)**
 **AIFF**
 **FLAC**
 **ALAC**
 **Dolby Audio: Dolby Digital (AC3), Dolby Digital Plus (E-AC3)**
 Passthrough: DTS

**The most common audio codecs for video content are AAC, AC3, E-AC3, and DTS.** It is strongly recommended that content with multichannel audio (i.e., 5.1, 7.1 channels) be made available in Dolby Digital Plus (E-AC3). This is the preferred multichannel format for streaming on Roku's Dolby Digital Plus-enabled devices.

|  | AAC | AC3/E-AC3 | DTS |
|---|---|---|---|
| Decode/Passthrough | Decode on all devices | Device specific | Passthrough |
| Sampling Rate | 44.1 Khz, 48 Khz | 48 Khz | Passthrough |

 Multichannel AAC is not supported on all Roku models. Roku TVs, Roku 4, and Roku Ultra set-top-boxes support multichannel decode to PCM stereo.
**Roku TVs and Roku Ultra can decode AC3 and E-AC3.** All other Roku devices will do passthrough to the receiving device. Roku Ultra supports the latest Dolby technologies such as Dolby Atmos and System Sound Mixing (MS12).
Encoding in Dolby Digital Plus instead of Dolby Digital is recommended.

**Supported image formats**

**The following image formats are currently supported. The use of PNG is recommended for UI graphics due to the use of an alpha channel within the UI.**

 * **PNG**
 * **JPG/JPEG**
 * **GIF**
 * **BMP"**

Source: https://developer.roku.com/docs/specs/streaming.md

| wherein, upon execution of at least part of the software or firmware by the one or more embedded processors, the wireless output | *The wireless output device (e.g. Roku Device) wirelessly announces or advertises its availability for the information apparatus (e.g. Android/iOS devices etc.) to wirelessly discover the output wireless device. The information apparatus (e.g. Android/iOS devices etc.) discovers the output device (e.g. Roku Device) using* |
|---|---|

| | |
|---|---|
| device: (1) wirelessly announces or advertises, via the one or more wireless communication units, availability of the wireless output device for service, the wireless announcing or advertising is for enabling the information apparatus to wirelessly discover the wireless output device, the wireless discovery is based, at least in part, on the information apparatus being within a limited physical distance to the wireless output device for short range wireless communication with the wireless output device; | *Roku mobile app when both devices are present within a physical distance (e.g. same Wi-Fi network etc.).*<br><br>"SSDP is an industry IETF standard network protocol for discovery of local area network services. ***Roku devices advertise their external control services using the multicast SSDP so that programs can discover the IP address of Roku devices in the area***."<br><br>**"DIAL (Discovery and Launch)**<br>***The Roku platform supports the DIAL (Discovery and Launch) protocol. DIAL is a simple network protocol for discovering first screen devices, and applications from a second screen (such as a mobile iOS or Android application,) and for launching first screen applications on the first screen device from the second screen app.*** In the context of the Roku platform, the first screen device is the Roku device itself. A first screen application is a DIAL-aware channel installed on the Roku device."<br><br>Source: https://developer.roku.com/docs/developer-program/debugging/external-control-api.md<br><br>***"To use Play on Roku, you must install the latest version of the Roku mobile app on your compatible mobile device. You must also make sure to connect your phone or tablet to the same wireless network as your Roku device***."<br><br>Source: https://support.roku.com/article/208755108<br><br>"***Connecting the Roku mobile app***<br><br>Before you start using the Roku mobile app, check that your mobile device and your Roku device are on to the same wireless network. If you are unable to get your Roku device to connect to the same network, learn what to try when resolving connectivity issues.<br><br>***When the Roku mobile app launches it will discover any Roku devices on your network. Select the Roku device you wish to control using your Roku mobile app.*** You will then be taken to the home screen where you will be able to control your Roku device."<br><br>Source: https://support.roku.com/article/217288467<br><br>"Why are my photos not displaying even though the slideshow is changing on my phone?<br><br>If you have more than one Roku device, check that your mobile device is connected to the correct Roku device using the instructions below.<br><br>  ***Select the Devices icon Devices icon on Roku mobile app from the bottom navigation bar.***<br>  ***Check the name and location of the connected Roku device listed at the top of the screen.*** |



Connected device

Available devices

*If you need to switch to another device, select it from the list of available devices."*

Source: https://support.roku.com/article/208755108

"Using the Roku Mobile App to Manage Multiple Roku Devices



If you have more than one Roku device, Roku's Mobile App can control all of them, but not at the same time. You must designate or switch the Roku device you want to control.
To do so:

1. Tap Settings in the bottom right of the app screen.
2. You will be taken to a page displaying the Roku Device the mobile app is currently linked with.
3. To change devices, tap Switch Roku Device.
4. ***The app will then search for other Roku devices.***
5. ***Once all your devices are discovered, you can change the Roku device you want the app to control.*** Tap the picture of the device and wait for confirmation that the app has linked with the selected device."

Source: https://www.lifewire.com/best-ways-to-use-roku-mobile-app-4176193

"***Connect to your Roku Device.***"



"***This will only work if your Roku device is on the same Wi-Fi network as your smartphone.***"

Source: https://www.hellotech.com/guide/for/how-to-use-roku-without-a-remote

| (2) wirelessly transmits, using the one or more wireless communication units of the wireless output device and over a radio frequency wireless communication channel, the one or more device attributes that are stored in the memory or the storage of the wireless output device, to the information apparatus that has wirelessly discovered the wireless output device in (1), the one or more device attributes are related to the wireless output device; | *The wireless output device (e.g. Roku Device) transmits, via the wireless communication unit, the device attributes (e.g. device name, serial number, device location etc.) to the information apparatus (e.g. Android/iOS devices etc.) over the established short range communication link (e.g. Wi-Fi link etc.).*<br><br>"Why are my photos not displaying even though the slideshow is changing on my phone?<br><br>If you have more than one Roku device, check that your mobile device is connected to the correct Roku device using the instructions below.<br><br>***Select the Devices icon Devices icon on Roku mobile app from the bottom navigation bar.***<br>***Check the name and location of the connected Roku device listed at the top of the screen.*** |



Connected device

Available devices

***If you need to switch to another device, select it from the list of available devices."***

Source: https://support.roku.com/article/208755108

"***If you have more than one Roku device, Roku's Mobile App can control all of them, but not at the same time.*** You must designate or switch the Roku device you want to control.
To do so:
1.  Tap Settings in the bottom right of the app screen.
2.  You will be taken to a page displaying the Roku Device the mobile app is currently linked with.
3.  To change devices, tap Switch Roku Device.
4.  ***The app will then search for other Roku devices.***
5.  ***Once all your devices are discovered, you can change the Roku device you want the app to control. Tap the picture of the device and wait for confirmation that the app has linked with the selected device***."



Source: https://www.lifewire.com/best-ways-to-use-roku-mobile-app-4176193

Source: https://www.youtube.com/watch?v=zRlFsRvPIBo [00:48]



Source: https://www.hellotech.com/guide/for/how-to-use-roku-without-a-remote

| | |
|---|---|
| (3) wirelessly receives, via the one or more wireless communication units and over a radio frequency wireless communication channel from the information apparatus, output data, the output data includes digital content for outputting or rendering at the wireless output device, and the receiving of the output data is subsequent to having wirelessly transmitted the one or more device attributes from the wireless output device to the information apparatus in (2); and | *The wireless output device (e.g. Roku Device) receives, over the established wireless connection (e.g. Wi-Fi link etc.), the output data (e.g. music, video, photos etc.) from the information apparatus (e.g. Android/iOS devices etc.) for rendering at the wireless output device (e.g. Roku Device).*<br><br>*"**When you want to display personal media files on your TV screen, you may be able to use the Play on Roku feature built in to the free Roku mobile app for iOS® and Android™ devices. Play on Roku lets you share photos, videos, and songs stored on your compatible mobile device to your Roku streaming player or Roku TV™**. After you launch the mobile app and choose what to view from your phone or tablet, it will appear on your TV."*<br><br><br><br>1. *"**Open the Roku mobile app on your phone or tablet**.*<br>2. If you have not already done so, connect your Roku device to the mobile app. |

a.   Select the Devices icon 🖵 from the navigation bar.
b.   Select your Roku device.
    3.   Once your Roku device is connected, launch *Play on Roku* by selecting
         the Media icon 📶.
    4.   ***Select either Music, Photos, or Videos to begin choosing what to share
         from your mobile device.*** When prompted, grant access to your media
         library allowing the Roku mobile app to share your content.
    5.   ***Select the photos, videos or songs to share on your TV.***"

Source: https://support.roku.com/article/208755108



Source: https://www.engadget.com/2012-09-20-play-on-roku-ios-android.html



Source: https://www.youtube.com/watch?v=zRlFsRvPIBo [1:09]

"*Share Smartphone Content With the Play On Roku Feature*
*The Play On Roku feature allows the Roku app to share music, photos, and video stored on your smartphone with your Roku device or TV.*
*To launch the Play On Roku feature:*

1. *Tap the Photos+ icon on the navigation bar at the bottom of the Roku app.*
2. *Tap Music, Photos, or Videos to choose what you want to share from your mobile device. When prompted, grant access to your media library.*
3. *Tap the specific photos, videos, or music to share on your Roku TV.*"



Source: https://www.lifewire.com/best-ways-to-use-roku-mobile-app-4176193

**"How do I cast apps like YouTube or Netflix from my phone to my TV?**
Background

You can of course launch channels directly from your Roku streaming player or Roku TV™, *but on some occasions, you may want to direct, or cast, to your TV what you are already watching on your mobile device. You can do this wirelessly with supported apps like YouTube and Netflix by opening the casting icon casting icon on your phone or tablet and selecting your Roku device. The channel will launch automatically on your Roku device and playback will begin.*



***To use casting, the supported app must be installed on both your mobile device and your Roku streaming device. You must also make sure to connect your phone or tablet to the same wireless network as your Roku device."***

Source: https://support.roku.com/article/360002990094

**1.** Verify your mobile device and Roku are accessing the same network. Casting to Roku will only work if both devices are connected to the same WiFi network.

**2.** Ensure the app you want to use is installed on your mobile device and on Roku. The Roku version of the app you want to use (example: Netflix) must be installed on Roku before you can cast to it.

***"How to cast content to Roku"***





Source: https://www.businessinsider.com/how-to-cast-to-roku-from-phone-tv

| | |
|---|---|
| (4) processes, by the output controller included in the wireless output device, at least part of the wirelessly received output data in (3) into a form, a format, an instruction, or a language, individually or in any combination, that is acceptable for outputting or rendering by an output device associated with the wireless output device, the processing of the received output data includes at least one of a decoding operation, a conversion operation, a scaling operation, or an interpreting operation, individually or in any combination; and | *The wireless output device (e.g. Roku Device) includes an output controller (e.g. Quad core processor etc.) to process (e.g. decode etc.) the output data (e.g. songs, movies etc.) received from the information apparatus (e.g. Android/iOS devices etc.) to be rendered into a format that is acceptable for outputting at the wireless output device (e.g. Roku Device).*<br><br>"***Play on Roku supports the following file types:***<br>• ***Photos: JPG and PNG***<br>  ***Video: MP4 (MPEG-4 Pt 14), MOV, M4V***<br>  ***Music: MP3 and M4A (\*DRM-protected music files, such as M4P, are not supported)***<br>***Notes:***<br>• ***Only videos captured with your mobile device are supported.***<br>• Non-standard aspect ratio videos (such as those taken with Instagram) may not be supported."<br><br>Source: https://support.roku.com/en-us/article/208755108<br><br>"Supported audio codecs<br><br>***Roku devices support the following audio file types:***<br><br>  ***AAC: HE-AACv2, AAC-LC (CBR)***<br>  ***MP3***<br>  ***WMA, WAV (PCM)***<br>  ***AIFF***<br>  ***FLAC***<br>  ***ALAC***<br>  ***Dolby Audio: Dolby Digital (AC3), Dolby Digital Plus (E-AC3)***<br>  Passthrough: DTS |

|  | *The most common audio codecs for video content are AAC, AC3, E-AC3, and DTS.* It is strongly recommended that content with multichannel audio (i.e., 5.1, 7.1 channels) be made available in Dolby Digital Plus (E-AC3). This is the preferred multichannel format for streaming on Roku's Dolby Digital Plus-enabled devices. |
|---|---|

|  | AAC | AC3/E-AC3 | DTS |
|---|---|---|---|
| Decode/Passthrough | Decode on all devices | Device specific | Passthrough |
| Sampling Rate | 44.1 Khz, 48 Khz | 48 Khz | Passthrough |

|  | Multichannel AAC is not supported on all Roku models. Roku TVs, Roku 4, and Roku Ultra set-top-boxes support multichannel decode to PCM stereo. *Roku TVs and Roku Ultra can decode AC3 and E-AC3.* All other Roku devices will do passthrough to the receiving device. Roku Ultra supports the latest Dolby technologies such as Dolby Atmos and System Sound Mixing (MS12). Encoding in Dolby Digital Plus instead of Dolby Digital is recommended.

*Supported image formats*

*The following image formats are currently supported. The use of PNG is recommended for UI graphics due to the use of an alpha channel within the UI.*

- *PNG*
- *JPG/JPEG*
- *GIF*
- *BMP"*

Source: https://developer.roku.com/docs/specs/streaming.md |
|---|---|
| wherein, the wireless output device provides an output service to the information apparatus after being wirelessly discovered by the information apparatus and after having wirelessly transmitted the one or more device attributes from the wireless output device to the information apparatus; | *The wireless output device (e.g. Roku Device) provides an output service (e.g. 'Play on Roku' or 'Cast' etc.) to the information apparatus (e.g. Android/iOS devices etc.) after being wirelessly discovered by the information apparatus and after having wirelessly transmitted the device attributes (e.g. device name, serial number, device location etc.) to the information apparatus.*

"SSDP is an industry IETF standard network protocol for discovery of local area network services. *Roku devices advertise their external control services using the multicast SSDP so that programs can discover the IP address of Roku devices in the area.*"

"*DIAL (Discovery and Launch)*
*The Roku platform supports the DIAL (Discovery and Launch) protocol. DIAL is a simple network protocol for discovering first screen devices, and applications from a second screen (such as a mobile iOS or Android application,) and for launching first screen applications on the first screen device from the second screen app.* In the context of the Roku platform, the first screen device is the Roku device itself. A first screen application is a DIAL-aware |

<table>
<tr><td></td><td>

channel installed on the Roku device."

Source: https://developer.roku.com/docs/developer-program/debugging/external-control-api.md

***"To use Play on Roku, you must install the latest version of the Roku mobile app on your compatible mobile device. You must also make sure to connect your phone or tablet to the same wireless network as your Roku device***."

Source: https://support.roku.com/article/208755108

"***Connecting the Roku mobile app***

Before you start using the Roku mobile app, check that your mobile device and your Roku device are on to the same wireless network. If you are unable to get your Roku device to connect to the same network, learn what to try when resolving connectivity issues.

***When the Roku mobile app launches it will discover any Roku devices on your network. Select the Roku device you wish to control using your Roku mobile app.*** You will then be taken to the home screen where you will be able to control your Roku device."

Source: https://support.roku.com/article/217288467

"Why are my photos not displaying even though the slideshow is changing on my phone?

If you have more than one Roku device, check that your mobile device is connected to the correct Roku device using the instructions below.

   ***Select the Devices icon Devices icon on Roku mobile app from the bottom navigation bar.***
   ***Check the name and location of the connected Roku device listed at the top of the screen.***

</td></tr>
</table>



*If you need to switch to another device, select it from the list of available devices."*

Source: https://support.roku.com/article/208755108

"*Once you have selected the photos you want to share, Play on Roku will show five photos from each of the connected mobile devices before moving to photos shared from the next device* in the order in which you and your family and/or friends submitted photos."



Sources: https://support.roku.com/article/208755108
https://blog.roku.com/wp-content/uploads/2015/03/Play-On-Roku-Music-Screens.jpg

1.  "*Open the Roku mobile app on your phone or tablet.*
2.  If you have not already done so, connect your Roku device to the mobile app.
    .   Select the Devices icon  from the navigation bar.
    a.  Select your Roku device.
3.  Once your Roku device is connected, launch *Play on Roku* by selecting the Media icon .
4.  *Select either Music, Photos, or Videos to begin choosing what to share from your mobile device.* When prompted, grant access to your media library allowing the Roku mobile app to share your content.
5.  *Select the photos, videos or songs to share on your TV*."

Source: https://support.roku.com/article/208755108

*"How do I cast apps like YouTube or Netflix from my phone to my TV?*
Background

You can of course launch channels directly from your Roku streaming player or Roku TV™, *but on some occasions, you may want to direct, or cast, to your TV what you are already watching on your mobile device. You can do this wirelessly with supported apps like YouTube and Netflix by opening the casting icon casting icon on your phone or tablet and selecting your Roku device. The channel will launch automatically on your Roku device and playback will begin.*



*To use casting, the supported app must be installed on both your mobile device and your Roku streaming device. You must also make sure to connect your phone or tablet to the same wireless network as your Roku device."*

Source: https://support.roku.com/article/360002990094

**1.** Verify your mobile device and Roku are accessing the same network. Casting to Roku will only work if both devices are connected to the same WiFi network.

**2.** Ensure the app you want to use is installed on your mobile device and on Roku. The Roku version of the app you want to use (example: Netflix) must be installed on Roku before you can cast to it.

*"How to cast content to Roku"*



<table>
<tr><td></td><td>



Source: https://www.businessinsider.com/how-to-cast-to-roku-from-phone-tv

</td></tr>
<tr><td>

and wherein the radio frequency wireless communication channel between the information apparatus and the wireless output device is (a) a direct short range wireless communication, or (b) a wireless local area network communication.

</td><td>

*The radio frequency wireless communication channel between the information apparatus (e.g. Android/iOS devices etc.) and the wireless output device (e.g. Roku Device) is a wireless local area network communication (e.g. Wi-Fi link etc.).*

"***To use Play on Roku***, you must install the latest version of the Roku mobile app on your compatible mobile device. You must also ***make sure to connect your phone or tablet to the same wireless network as your Roku device***."

Source: https://support.roku.com/article/208755108



"***This will only work if your Roku device is on the same Wi-Fi network as your smartphone***."

Source: https://www.hellotech.com/guide/for/how-to-use-roku-without-a-remote

</td></tr>
</table>

U.S. Patent No. 10,740,066              Page 27 of 27