IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROKU, INC., <br><br> Defendants. | Civil Action No. 6:20-cv-00819-ADA |

**PLAINTIFF FLEXIWORLD TECHNOLOGIES INC.'S RESPONSE TO DEFENDANT ROKU INC.'S ANSWER AND COUNTERCLAIMS TO COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Flexiworld Technologies, Inc. ("Flexiworld" or "Plaintiff") files this Response to Defendant Roku, Inc.'s ("Defendant's") Answer and Counterclaims to Complaint for Patent Infringement. All of Defendant's affirmative defenses are denied. Any allegations or affirmative defenses not expressly admitted herein are denied.

**COUNTERCLAIMS**

A. In response to Defendant's counterclaims, Flexiworld states as follows:

**PARTIES**

B. Flexiworld admits the allegations contained in paragraph B.

C. Flexiworld admits the allegations contained in paragraph C.

**JURISDICTION AND VENUE**

D. Flexiworld admits the allegations contained in paragraph D.

E. Flexiworld admits the allegations contained in paragraph E.

F. Flexiworld admits the allegations contained in paragraph F.

**FIRST COUNTERCLAIM**

**(Count for Declaratory Judgment of Non-Infringement of the '064 Patent)**

G. Flexiworld incorporates by reference herein its responses to paragraphs A through F set forth above.

H. Flexiworld admits the allegations contained in paragraph H.

I. Flexiworld denies the allegations contained in paragraph I.

J. Flexiworld admits the allegations contained in paragraph J.

K. Flexiworld denies the allegations contained in paragraph K

## SECOND COUNTERCLAIM

### (Count for Declaratory Judgment of Invalidity of the '064 Patent)

L. Flexiworld incorporates by reference herein its responses to paragraph A through K set forth above.

M. Flexiworld admits the allegations contained in paragraph M.

N. Flexiworld denies the allegations contained in paragraph N.

O. Flexiworld admits the allegations contained in paragraph O.

P. Flexiworld denies the allegations contained in paragraph P.

## THIRD COUNTERCLAIM

### (Count for Declaratory Judgment of Non-Infringement of the '114 Patent)

Q. Flexiworld incorporates by reference herein its responses to paragraph A through P set forth above.

R. Flexiworld admits the allegations contained in paragraph R.

S. Flexiworld denies the allegations contained in paragraph S.

T. Flexiworld admits the allegations contained in paragraph T.

U. Flexiworld denies the allegations contained in paragraph U.

## FOURTH COUNTERCLAIM

### (Count for Declaratory Judgment of Invalidity of the '114 Patent)

V. Flexiworld incorporates by reference herein its responses to paragraph A through U set forth above.

W. Flexiworld admits the allegations contained in paragraph W.

X. Flexiworld denies the allegations contained in paragraph X.

Y. Flexiworld admits the allegations contained in paragraph Y.

Z. Flexiworld denies the allegations contained in paragraph Z.

## FIFTH COUNTERCLAIM

### (Count for Declaratory Judgment of Non-Infringement of the '066 Patent)

AA. Flexiworld incorporates by reference herein its responses to paragraph A through Z set forth above.

BB. Flexiworld admits the allegations contained in paragraph BB.

CC. Flexiworld denies the allegations contained in paragraph CC.

DD. Flexiworld admits the allegations contained in paragraph DD.

EE. Flexiworld denies the allegations contained in paragraph EE.

## SIXTH COUNTERCLAIM

### (Count for Declaratory Judgment of Invalidity of the '066 Patent)

FF. Flexiworld incorporates by reference herein its responses to paragraph A through EE set forth above.

GG. Flexiworld admits the allegations contained in paragraph GG.

HH. Flexiworld denies the allegations contained in paragraph HH.

II. Flexiworld admits the allegations contained in paragraph II.

JJ. Flexiworld denies the allegations contained in paragraph JJ.

## PRAYER FOR RELIEF

Responding to Defendant's prayer for relief, Flexiworld denies that Defendant is entitled to any relief and specifically denies all of the allegations contained in paragraphs 1 through 9 of its prayer for relief against Plaintiff.  WHEREFORE, Plaintiff denies that Defendant is entitled to any relief whatsoever and Plaintiff requests the relief requested in its Complaint.

| | |
|---|---|
| Dated: November 16, 2020 | Respectfully submitted,<br><br>*/s/ Timothy E. Grochocinski*<br>**TIMOTHY E. GROCHOCINSKI**<br>ILLINOIS BAR NO. 6295055<br>**JOSEPH P. OLDAKER**<br>ILLINOIS BAR NO. 6295319<br>**NELSON BUMGARDNER ALBRITTON PC**<br>15020 S. Ravinia Avenue, Suite 29<br>Orland Park, Illinois 60462<br>708.675.1974 (telephone)<br>tim@nbafirm.com<br>joseph@nbafirm.com<br><br>**ERIC M. ALBRITTON**<br>STATE BAR NO. 00790215<br>**ANDREW J. WRIGHT**<br>STATE BAR NO. 24063927<br>**NELSON BUMGARDNER ALBRITTON PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>817.377.9111 (telephone)<br>ema@nbafirm.com<br>andrew@nbafirm.com<br><br>COUNSEL FOR PLAINTIFF<br>FLEXIWORLD TECHNOLOGIES, INC. |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5(b)(1), I hereby certify that on November 16, 2020, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record.

*/s/ Timothy E. Grochocinski*