# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **FLEXIWORLD TECHNOLOGIES, INC.,**<br><br>        Plaintiff,<br><br>v.<br><br>**ROKU, INC.,**<br><br>        Defendant. | Case No. 6:20-cv-00819-ADA<br><br>HON. ALAN D ALBRIGHT<br><br>**DEMAND FOR JURY TRIAL** |

## ORDER GRANTING ROKU'S UNOPPOSED MOTION FOR DISCOVERY OF LICENSE AND ASSIGNMENT AGREEMENTS

Having considered Roku's Unopposed Motion for Discovery of License and Assignment Agreements, the Court finds that it is well taken and **GRANTS** the motion.

It is, therefore, **ORDERED** that, within seven days of this Order, Flexiworld Technologies, Inc. shall produce to Roku all license and assignment agreements related to any Flexiworld patents and/or patent applications, including all agreements relating to patents and/or patent applications currently owned or previously owned by Flexiworld or to which Flexiworld otherwise has or had rights. However, the foregoing does not require Flexiworld to produce all assignments from the named inventors on the Flexiworld patents to Flexiworld. Flexiworld may designate its production with an appropriate confidentiality designation.

SIGNED this _1_ day of September 2021

                                                              JUDGE ALBRIGHT
                                                              UNITED STATES DISTRICT JUDGE