IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **FLEXIWORLD TECHNOLOGIES, INC.,** | Case No. 6:20-cv-00819-ADA |
| Plaintiff, | |
| v. | HON. ALAN D. ALBRIGHT |
| **ROKU, INC.,** | DEMAND FOR JURY TRIAL |
| Defendant. | |

**NOTICE OF AGREED EXTENSION OF DEADLINE**

Defendant, Roku, Inc. ("Roku"), hereby notifies the Court that the parties have agreed to an extension of seven (7) days to the deadlines for (a) the close of fact discovery, (b) the parties' opening expert reports, and (c) the parties' rebuttal reports, as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Close of Fact Discovery | December 9, 2021 | December 16, 2021 |
| Opening Expert Reports | December 16, 2021 | December 23, 2021 |
| Rebuttal Expert Reports | January 13, 2022 | January 20, 2022 |

Pursuant to the Court's August 11, 2021 "Standing Order Regarding Joint or Unopposed Request to Change Deadlines," Defendant is filing this notice rather than an unopposed motion or stipulation.

The current deadlines for the close of fact discovery, opening expert reports, and rebuttal expert reports are reflected in the table above. The extended deadlines will provide additional time for the parties to complete depositions of certain fact witnesses. Counsel for Defendant has conferred with counsel for Plaintiff, and the Plaintiff does not oppose this change.

Dated:  November 29, 2021

Respectfully submitted,

**PERKINS COIE LLP**

*/s/ Matthew C. Bernstein*
Matthew C. Bernstein
(CA Bar No. 199240)
MBernstein@perkinscoie.com
Patrick J. McKeever (*Pro Hac Vice*)
pmckeever@perkinscoie.com
11452 El Camino Real, Suite 300
San Diego, CA 92130-2080
Tel. (858) 720.5700
Fax (858) 720.5799

Martin E. Gilmore (*Pro Hac Vice*)
mgilmore@perkinscoie.com
500 W. 2nd St., Suite 1900
Austin, TX 78701
Tel. (737) 256.6100
Fax (737) 256.6300

Maria A. Stubbings (*Pro Hac Vice*)
mstubbings@perkinscoie.com
700 13th St. NW, Suite 800
Washington, D.C. 20005
Tel. (202) 654.6200
Fax (202) 654.6211

R. Tyler Kendrick
Texas Bar No. 24097929
rkendrick@perkinscoie.com
Cory Owan
cowan@perkinscoie.com
1201 Third Ave., Suite 4900
Seattle, WA 98101
Tel. (206) 359.8000
Fax (206) 359.9000

**ATTORNEYS FOR DEFENDANT ROKU, INC.**

-3-

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record on this 29th day of November 2021.

                                                    */s/ Matthew C. Bernstein*
                                                    Matthew C. Bernstein