IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **FLEXIWORLD TECHNOLOGIES, INC.,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**ROKU, INC.,**<br><br>       **Defendant.** | Case No. 6:20-cv-00819-ADA |

**NOTICE OF AGREED EXTENSION OF DEADLINES**

Plaintiff Flexiworld Technologies, Inc. hereby notifies the Court that the parties have agreed to extensions of upcoming deadlines for the close of fact discovery, the parties' opening and rebuttal expert reports, the close of expert discovery, and the deadline for the second meet and confer to narrow asserted claims and prior art, as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Close of Fact Discovery | December 16, 2021 | December 30, 2021 |
| Opening Expert Reports | December 23, 2021 | January 6, 2022 |
| Rebuttal Expert Reports | January 20, 2022 | February 3, 2022 |
| Close of Expert Discovery | February 3, 2022 | February 10, 2022 |
| Meet and confer deadline for narrowing asserted claims and prior art | February 10, 2022 | February 10, 2022 |

Pursuant to the Court's August 11, 2021 "Standing Order Regarding Joint or Unopposed Request to Change Deadlines," Defendant is filing this notice rather than an unopposed motion or stipulation.

The current deadlines for the close of fact discovery, opening expert reports, and rebuttal expert reports are reflected in the table above.  The extended deadlines will provide additional time for the parties to complete depositions of certain fact witnesses, to complete document production pursuant to the parties' recent meet-and-confer correspondence, and to prepare opening expert

reports addressing that discovery.  Counsel for Plaintiff has conferred with counsel for Defendant, and the Plaintiff does not oppose this change.

|  |  |
|---|---|
| Dated: December 16, 2021 | Respectfully submitted, |
|  | */s/ Timothy E. Grochocinski* <br> **TIMOTHY E. GROCHOCINSKI** <br> ILLINOIS BAR NO. 6295055 <br> **C. AUSTIN GINNINGS** <br> NEW YORK BAR NO. 4986691 <br> **NELSON BUMGARDNER CONROY PC** <br> 15020 S. Ravinia Avenue, Suite 29 <br> Orland Park, Illinois 60462 <br> 708.675.1974 (telephone) <br> tim@nelbum.com <br> austin@nelbum.com <br><br> **EDWARD R. NELSON III** <br> STATE BAR NO. 00797142 <br> **RYAN P. GRIFFIN** <br> STATE BAR NO. 24053687 <br> **JONATHAN H. RASTEGAR** <br> STATE BAR NO. 24064043 <br> **NELSON BUMGARDNER CONROY PC** <br> 3131 West 7th Street, Suite 300 <br> Fort Worth, Texas 76107 <br> 817.377.9111 (telephone) <br> ed@nelbum.com <br> ryan@nelbum.com <br> jon@nelbum.com <br><br> COUNSEL FOR PLAINTIFF <br> FLEXIWORLD TECHNOLOGIES, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel for Defendant via email on December 16, 2021.

*/s/ Timothy E. Grochocinski*