# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| FLEXIWORLD TECHNOLOGIES, INC. | § § | |
| vs. | § § | NO: WA:20-CV-00819-ADA |
| ROKU INC., ROKU INC., ROKU INC. | § | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Zoom on January 03, 2022 at 10:00 AM.

IT IS SO ORDERED this 29th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE