IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROKU, INC.,<br><br>Defendant. | Civil Action No. 6:20-cv-00819-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S REQUEST
FOR PRODUCTION OF LICENSE AGREEMENTS**

Pursuant to the Court's Standing Order Governing Proceedings in Patent Cases (version 3.5.1), the parties submitted to the Court a discovery dispute concerning the production of certain license agreements in the above-captioned action. Plaintiff seeks production of certain of Defendant's license agreements, specifically those with (1) Divx, (2) Tivo/Rovi, and (3) other agreements related to streaming specifications used or supported by Roku's accused products, including those identified at https://developer.roku.com/docs/specs/media/streaming-specifications.md and https://www.roku.com/separatelylicensedcode, *e.g.*, those related to AVC, HEVC, and PlayReady DRM. Defendant opposes this request.

The Court heard argument from counsel for both parties at a telephonic discovery hearing on January 3, 2022. Having considered the parties' respective positions raised in the parties' joint e-mail submission to the Court, as well as the arguments of counsel for the parties at the hearing, the Court grants Plaintiff's request.

Defendant is therefore ORDERED to produce the following by January 5, 2022 or by January 8, 2022 with fact discovery extended until January 8, 2022: Defendant's license agreements with (1) Divx, (2) Tivo/Rovi, and (3) other agreements related to streaming

specifications used or supported by Roku's accused products, including those identified at https://developer.roku.com/docs/specs/media/streaming-specifications.md and https://www.roku.com/separatelylicensedcode, *e.g.*, those related to AVC, HEVC, and PlayReady DRM.

SIGNED this 4th day of January, 2022.

                                                  _____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE