# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **FLEXIWORLD TECHNOLOGIES, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROKU, INC.,**<br><br>**Defendant.** | Case No. 6:20-cv-00819-ADA<br><br>**DEMAND FOR JURY TRIAL** |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Flexiworld Technologies, Inc. and Defendant Roku, Inc. by and through their respective counsel jointly move to modify the scheduling order, for good cause shown, as set forth in more detail below.

| Event | Current Date | Revised Date |
|---|---|---|
| Dispositive motion / *Daubert* deadline | 2/17/2022 | 2/24/2022 |

The proposed extended deadline will provide additional time for the parties to file any dispositive or *Daubert* motions following the completion of expert discovery which the parties previously agreed to extend by one week to February 10, 2022 (*see* Dkt. No. 71). The proposed extension will not impact any of the other deadlines in the case schedule. Counsel for the Parties have conferred and jointly move to extend the date to file dispositive and *Daubert* motions.

Dated:  January 21, 2022

| | |
|---|---|
| */s/ Timothy E. Grochocinski*<br>Timothy E. Grochocinski<br>Illinois Bar No. 6295055<br>C. Austin Ginnings<br>New York Bar No. 4986691<br>NELSON BUMGARDNER CONROY PC<br>15020 S. Ravinia Avenue, Suite 29<br>Orland Park, Illinois 60462<br>Tel. (708) 675-1583<br>tim@nbafirm.com<br>austin@nelbum.com<br><br>Edward R. Nelson iii<br>State Bar No. 00797142<br>Ryan P. Griffin<br>State Bar No. 24053687<br>Jonathan H. Rastegar<br>State Bar No. 24064043<br>NELSON BUMGARDNER CONROY PC<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Tel. (817) 377-9111<br>ed@nelbum.com<br>ryan@nelbum.com<br>jon@nelbum.com<br><br>**ATTORNEYS FOR PLAINTIFF FLEXIWORLD TECHNOLOGIES, INC.** | */s/ Matthew C. Bernstein*<br>Matthew C. Bernstein<br>(CA Bar No. 199240)<br>mbernstein@perkinscoie.com<br>Patrick J. McKeever (*Pro Hac Vice*)<br>pmckeever@perkinscoie.com<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130-2080<br>Tel. (858) 720.5700<br>Fax (858) 720.5799<br><br>Martin E. Gilmore (*Pro Hac Vice*)<br>mgilmore@perkinscoie.com<br>500 W. 2nd St., Suite 1900<br>Austin, TX 78701<br>Tel. (737) 256.6100<br>Fax (737) 256.6300<br><br>R. Tyler Kendrick<br>Texas Bar No. 24097929<br>rkendrick@perkinscoie.com<br>Cory Owan (*Pro Hac Vice*)<br>cowan@perkinscoie.com<br>1201 Third Ave., Suite 4900<br>Seattle, WA 98101<br>Tel. (206) 359.8000<br>Fax (206) 359.9000<br><br>Maria A. Stubbings (*Pro Hac Vice*)<br>mstubbings@perkinscoie.com<br>700 13th St., NW, Suite 800<br>Washington, D.C. 20005<br>Tel. (202) 654.6200<br>Fax (202) 654.6211<br><br>**ATTORNEYS FOR DEFENDANT ROKU, INC.** |

-3-

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5(b)(1), I hereby certify that on January 21, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record.

                                         */s/ Matthew C. Bernstein*