UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FLEXIWORLD TECHNOLOGIES, INC. | § § | |
| vs. | § § | NO:  WA:20-CV-00819-ADA |
| ROKU INC., ROKU INC., ROKU INC. | § | |

### ORDER SETTING PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for PRETRIAL CONFERENCE by Zoom on March 29, 2022  at  09:00 AM.

IT IS SO ORDERED this 4th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE