IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FLEXIWORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROKU, INC. <br><br> Defendant. | Civil Action No. 6:20-cv-00819-ADA <br><br> JURY TRIAL DEMANDED |

**JOINT REPORT REGARDING NARROWING ASSERTED
CLAIMS AND PRIOR ART REFERENCES**

In accordance with the Court's Scheduling Order (Dkt. 23) entered in this action, Plaintiff Flexiworld Technologies, Inc. ("Flexiworld") and Defendant Roku, Inc. ("Roku") (collectively the "Parties") met and conferred on February 10, 2022, to discuss narrowing the number of asserted claims and prior art references at issue. The result of the Parties' meet and confer on these subjects is set forth below.

Flexiworld has reduced the number of asserted claims to nine across the three patents-in-suit. Roku disputes that nine is the number of claims actually left in the case.

Roku is maintaining its assertion of four prior art systems. Flexiworld disputes that four prior art references is the number of references actually left in the case.

The Parties will continue to explore the further narrowing the number of asserted claims and prior art references as this action moves closer to trial.

| | |
|---|---|
| Dated: February 17, 2022 | Respectfully submitted, |
| /s/ Timothy E. Grochocinski<br>TIMOTHY E. GROCHOCINSKI<br>ILLINOIS BAR NO. . 6295055<br>AUSTIN GINNINGS<br>NY BAR NO. 4986691<br>NELSON BUMGARDNER CONROY PC<br>15020 S. Ravinia Avenue, Suite 29<br>Orland Park, Illinois 60462<br>708.675.1975 (telephone)<br>tim@nelbum.com<br>austin@nelbum.com<br><br>PATRICK J. CONROY<br>STATE BAR NO. 24012448<br>RYAN P. GRIFFIN<br>STATE BAR NO. 24053687<br>NELSON BUMGARDNER CONROY PC<br>2727 N. Harwood, Suite 250<br>Dallas, Texas 76107<br>214.446.4950 (telephone)<br>pat@nelbum.com<br>ryan@nelbum.com<br><br>*Counsel for Plaintiff*<br>*Flexiworld Technologies, Inc.* | /s/ Matthew C. Bernstein<br>MATTHEW C. BERNSTEIN<br>California Bar No. 199240<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, California 92130-2080<br>858.720.5700 (telephone)<br>mbernstein@perkinscoie.com<br><br>MARTIN E. GILMORE<br>PERKINS COIE LLP<br>500 West 2nd Street, Suite 1900<br>Austin, Texas 78701<br>737.256.6100 (telephone)<br>mgilmore@perkinscoie.com<br><br>*Attorneys for Defendants*<br>*Roku, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 17, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record.

/s/ Timothy E. Grochocinski