UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FLEXIWORLD TECHNOLOGIES, INC. | § § | |
| vs. | § § | NO:  WA:20-CV-00819-ADA |
| ROKU INC., ROKU INC., ROKU INC. | § § | |

## ORDER SETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION HEARING by Zoom on March 04, 2022 at 10:00 AM.

IT IS SO ORDERED this 1st day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE