# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| FLEXIWORLD TECHNOLOGIES, INC. | § | |
| | § | |
| vs. | § | NO: WA:20-CV-00819-ADA |
| | § | |
| ROKU INC., ROKU INC., ROKU INC. | § | |

## ORDER RESETTING PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for PRETRIAL CONFERENCE by Zoom on April 01, 2022 at 01:00 PM .

IT IS SO ORDERED this 28th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE