IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| FLEXIWORLD TECHNOLOGIES, INC., | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 6:20-cv-00819-ADA |
| ROKU, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**EXHIBIT 3**

**PLAINTIFF'S WITNESS LIST**

| Witness Name | Will Call | May Call | Live | By Deposition |
|---|---|---|---|---|
| William Chang | X | | X | |
| Christina Liu | | X | | X |
| Kevin Almeroth, Ph.D. | X | | X | |
| Richard Egan | X | | X | |
| Philip Green | X | | X | |
| Tanveer Ahmad | X | | X | X |
| Kevin Bright | X | | X | X |
| Olesya Korneva | | X | | X |
| Andrew Lanthier | X | | X | X |
| Rustin Nesse | | X | | X |
| Stephen Sprich | X | | X | X |
| Harold Sun | X | | X | X |
| Tito Thomas | X | | X | X |
| Benyi Wang | | X | | X |
| Cynthia Wang | | X | | X |
| Roku Inc. (through corporate representative) | | X | X | |
| Eugene Shteyn | | X | | X |
| Amandeep Jawa | | X | | X |