# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

FLEXIWORLD TECHNOLOGIES, INC.,

        Plaintiff,

v.

ROKU, INC.,

        Defendant.

Civil Action No. 6:20-cv-00819-ADA

JURY TRIAL DEMANDED

# EXHIBIT 4

## DEFENDANT'S WITNESS LIST

| Witness Name | Will Call Live in Person in Waco or Live by Zoom/Video | May Call Live | Will Call by Depo | May Call By Depo |
|---|---|---|---|---|
| William Ho Chang | X | | X | |
| Christina Ying Liu | X | | X | |
| Andrew Lanthier | X | | | |
| Harold Sun | | X | | |
| Tito Thomas | | X | | |
| Don Woodward | X | | | |
| Stephen Sprich | | X | | |
| Kevin Bright | | X | | |
| Olesya Korneva | | | X | |
| Benyi Wang | | | X | |
| Rustin Nesse | | | X | |
| Eugene Shteyn | X | | | |
| Tanveer Ahmad | | X | | |
| Kevin Almeroth | X | | | |
| Richard Egan | X | | | |
| Philip Green | X | | | |
| Amandeep Jawa | | | X | |
| Kevin Jeffay | X | | | |
| Lauren Kindler | X | | | |
| Samuel Russ | X | | | |
| Cynthia Wang | X | | X | |
| Helen Stokes | X | | | |
| Michael Rothstein | | X | | |
| Gautham Bodepudi | | | X | |