IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| FLEXIWORLD TECHNOLOGIES INC., <br> *Plaintiff,* <br><br> v. <br><br> ROKU, INC., <br> *Defendant.* | § § § § § § § § § § | Case No. 6:20-cv-00819 |

**ORDER CANCELLING JURY SELECTION AND TRIAL**

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION** on April 7, 2022, **AND TRIAL** on Monday, April 11, 2022, is hereby CANCELLED until further order of the court.

IT IS SO ORDERED this 5th day of April, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE